**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy T. Ngo (SBN 249860)
2029 Century Park East, Suite 400N
Los Angeles CA, 90067
Telephone: (786) 924-2900
Facsimile: (646) 392-8842
ingo@fnf.law

Velvel Freedman (*pro hac vice forthcoming*)
Colleen Smeryage (*pro hac vice forthcoming*)
Mendel Konikov (*pro hac vice forthcoming*)
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
(786) 924-2900
vel@fnf.law
csmeryage@fnf.law
mkonikov@fnf.law

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEL MITCHELL and GIOVANNI GARZA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SKILLZ PLATFORM INC. <br><br> Defendants. | Case No.: _____ <br><br> JURY TRIAL DEMANDED |

## CLASS ACTION COMPLAINT

---

**CLASS ACTION COMPLAINT**

Plaintiffs Kel Mitchell and Giovanni Garza, individually and on behalf of all others similarly situated, bring this class action against Skillz Platform Inc. ("Skillz" or "Defendant") and allege as follows:

## I.  INTRODUCTION

1.  This class action seeks to end a campaign of consumer deception and unfair trade practices orchestrated by Skillz in a desperate attempt to save its cratering mobile gaming platform. Skillz's campaign revolves around a central theme that is patently false: namely, that Skillz—and Skillz alone—can be trusted to provide players with a fair and skill-based mobile gaming experience. Skillz hypocritically positions itself as a noble defender of fairness in the mobile gaming space while itself defrauding players.

2.  Skillz has trafficked three categories of false and misleading messages designed to induce consumers to play games hosted on the Skillz platform. Skillz ensured, promised, and guaranteed in its advertisements, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; (ii) its platform will "NEVER EVER" include computerized opponents, or "bots;" and (iii) players can withdraw their cash "at any time."

3.  For instance, Skillz's website stated that "Skillz uses proprietary technology to pair players with similar skill levels, **ensuring that every game is evenly matched and every player has a fair chance to win.**"[1] Similarly, in an October 31, 2023 Facebook post, Skillz wrote that it has made a "**solemn promise that Skillz will NEVER EVER employ bots**," and is on a "**steadfast mission to guarantee** that every match you engage in is a true reflection of **your skill level**."[2]

4.  Skillz knew full well that its representations regarding its "proprietary technology" and its promises that every player has a "fair" and "real" chance to win, and that games "NEVER EVER" incorporate bots, are all false. Indeed, Skillz's "solemn promise" and "steadfast mission"

---

[1] https://web.archive.org/web/20240806030019/https://www.skillz.com/page/3/ (emphasis added).

[2] https://www.facebook.com/SkillzGames/photos/to-our-player-communityat-skillz-there-is-an-unwavering-commitment-that-we-hold-/82574712892455/?_rdr (emphasis added).

**CLASS ACTION COMPLAINT**

1

are nothing more than marketing slogans intended to dupe consumers into believing that Skillz is trustworthy.

5.       In reality, as confirmed by former Skillz employees, Skillz has taken steps to intentionally control outcomes of games played on its platform by unevenly matching players. Internally at Skillz, such adjustments were sometimes referred to as "determined outcome[s]," "hard win(s)" and "hard loss(es)." "Determined outcome[s]," and "hard" wins and losses refer to instances where players are matched in a way to virtually ensure that the player will win or lose.

6.       Similarly, the Skillz Platform verifiably includes bots, despite making consumer-facing representations to the contrary. Skillz's documentation for developers who publish games on the Skillz Platform contemplates bots, including in cash games. Skillz also includes bot opponents in non-cash-entry "Z" games, which Skillz recognizes as a gateway to cash competitions. Skillz's algorithm is thus systemically putting players in positions where they are destined to lose because they are going up against a computer bot.

7.       And, once more contrary to its representations, Skillz does not process payments immediately in the event a consumer is able to overcome the bots and mismatched play in order to win. Rather, as part of a broader strategy to reduce player profitability on its platform, Skillz creates roadblocks to delay or even prevent profitable players from receiving their winnings. For example, Skillz deploys verifications in which players who win cannot cash out until they agree to be visited by security personnel who watch them play Skillz platform games. If the player refuses to participate in this intrusive process, they cannot withdraw their balance.

8.       In addition to information from former Skillz employees, these play conditions have also been noted in the many player reviews and complaints concerning cash competitions on Skillz's platform. These users' stories repeatedly highlight indicia that strongly suggest bot use, uneven matches, and a refusal to pay winning players what they are owed.

9.       To conceal its own use of bots and other false promises, Skillz even created and funded a false-front organization, 4 Fair Play, whose main objective was to deliberately mislead the

public into submitting complaints about its competitors' mobile games and shield its own games from criticism. Skillz thereby intentionally misled and deceived consumers into thinking that its competitors were using bots in their games and were particularly untrustworthy, while Skillz was not.

10.     Skillz's unfair trade practices and willful false advertising has significantly harmed consumers—including Plaintiffs and the Class—by inducing them into believing that Skillz is the only mobile gaming platform where players will be evenly matched, not face bots (or other developer-generated losses), have a "fair" and "real" opportunity to earn rewards in every game, and receive their cash withdrawals immediately. These consumers have participated in cash games on Skillz's platform only to inevitably lose their money because of the unfair competition or to find out that they are unable to withdraw the money that they deposited or won on the platform.

11.     Skillz's conduct constitutes unfair trade practices, willful consumer deception, negligent misrepresentation and unjust enrichment under Texas and California law.

12.     Accordingly, Plaintiffs, individually and on behalf of the Class, bring claims to recover the money lost by consumers who were duped into playing games on Skillz's platform.

## II.     PARTIES

13.     Plaintiff Kel Mitchell began playing games on the Skillz platform in or around 2022 and has continued to do so through 2025. He began playing free games on the Skillz platform but soon transitioned to playing in cash competitions. Kel primarily played Solitaire Cube but also played other games on the Skillz platform including Yatzy Royale, Bubble Cube 2, 21 Blitz and Freecell Solitaire Cube. Kel has lost over one thousand dollars playing in cash competitions on the Skillz platform and found it very difficult to withdraw money from his account. He resides in Antioch, California.

14.     Plaintiff Giovanni Garza began playing the Dominoes Gold game on the Skillz platform in mid-2024. He participated in cash matches and lost approximately $25. Giovanni resides in San Antonio, Texas.

**CLASS ACTION COMPLAINT**

3

15.    Plaintiffs and members of the Class played Skillz games involving cash prizes during the Class Period.

16.    Skillz Platform, Inc. is one of the leading mobile gaming platforms and touts itself as the "pioneers of skill-based competition." Skillz is incorporated in Delaware with its principal place of business at 6625 Badura Avenue, Las Vegas, Nevada 89118.

## III.    JURISDICTION AND VENUE

17.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2) because the matter in controversy exceeds the value of $5,000,000, exclusive of interests and costs, and is a class action in which any member of a class of plaintiffs is a citizen of a State and any defendant is a citizen of another State.

18.    This Court has personal jurisdiction over Skillz. Skillz purposefully availed itself of the privilege of conducting activities in the States of Texas and California, including activities occurring in or aimed at these states, by maintaining an interactive commercial website and online games accessible to consumers in these and other states throughout the United States, marketing its products and games in these states, and employing agents, employees and/or vendors in these states and transacting business within these states.

19.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Skillz has transacted business in this District during the Class Period, including by making its games accessible in this District and Plaintiffs have been harmed in this District.

## IV.    FACTUAL ALLEGATIONS

### A.  Skillz Offers Head-to-Head Mobile Gaming With Cash Prizes

20.    Skillz develops and markets software that hosts and supports head-to-head play in mobile games created by third-party developers, including games that require cash entries and permit players to win cash prizes.

21.    Skillz's games are available for download on the Apple iOS App Store and the Samsung Galaxy Store.

CLASS ACTION COMPLAINT

4

22.     Skillz represents that its cash competitions are available to "all players over the age of 18 in areas of the world where cash gameplay is enabled."[3] Skillz's website also notes that cash games on its platform are available in Texas and California and many other states.[4]

23.     In cash games on Skillz's platform, Skillz administers the collection of entry fees from competing players and controls the electronic transfer of cash prize payments to winning players. Cash prizes are funded by the entry fees of players competing in each game or tournament, with Skillz collecting a fee—or, in gaming terminology, a "rake"—for administering the tournament.

24.     Skillz claims to match players together based on players' ability level and game history. Games on the Skillz platform offer head-to-head competition against only one opponent at a time.

**B.  Skillz's Business and Financial Condition Has Been Deteriorating**

25.     In recent years, Skillz has had significant corporate, financial, and operational issues that have led to its business deteriorating and the need to shore up its bottom line.

26.     Specifically, Skillz has been operating at a loss for years. In 2022, Skillz reported a net loss of $438.9 million,[5] in 2023 a net loss of $106.7 million,[6] in 2024 a net loss of $48.2 million,[7] and for 2025, has so far reported over $40 million in losses.[8]

---

[3] *What is Skillz?*, Skillz, https://support.skillz.com/hc/en-us/articles/203748889-What-is-Skillz.
[4] *Who is eligible to compete in Skillz competitions?*, Skillz, https://support.skillz.com/hc/en-us/articles/203685899-Who-is-eligible-to-compete-in-Skillz-competitions.
[5] https://investors.skillz.com/news/news-details/2023/Skillz-Announces-Q4-2022-and-Fiscal-Year-2022-Results/default.aspx.
[6] https://investors.skillz.com/news/news-details/2024/Skillz-Reports-2023-Fourth-Quarter-and-Full-Year-2023-Results/default.aspx.
[7] https://investors.skillz.com/news/news-details/2025/Skillz-Reports-2024-Fourth-Quarter-and-Full-Year-2024-Results/default.aspx.
[8] https://investors.skillz.com/news/news-details/2025/Skillz-Announces-Preliminary-First-Quarter-2025-Results/default.aspx; https://investors.skillz.com/news/news-details/2025/Skillz-Announces-Preliminary-Second-Quarter-2025-Results/default.aspx; https://investors.skillz.com/news/news-details/2025/Skillz-Announces-Preliminary-Third-Quarter-2025-Results/default.aspx.

**CLASS ACTION COMPLAINT**

5

27.     Skillz's revenue has also continued to decline and it has repeatedly missed sales targets.[9] For instance, Skillz's 2022 earnings report listed a 29% year-over-year revenue decline. Similarly, Skillz's revenue fell from $44.4 million in the first quarter of 2023[10] to only $25.2 million in the first quarter of 2024.[11] Skillz's second quarter sales in 2024 were even more dismal, falling 37% compared to 2023.

28.     Skillz has lost nearly half of the average monthly paying users active on its platform in the same time span.

29.     In July 2024, Moody's Investor withdrew all credit ratings of Skillz, affecting $130 million in outstanding debt.[12]

30.     Skillz has also had difficulty submitting required regulatory filings in a timely manner. For example, Skillz submitted a notice indicating that it was unable to file its Form 10-K for 2023 within the statutorily required period. Similarly, Skillz filed a notice indicating that it was unable to timely file its Form 10-Q for the first quarter of 2024 with the U.S. Securities and Exchange Commission, asserting that Skillz needed additional time to complete the necessary financial audits.

31.     Skillz has had trouble retaining executive talent. For instance, Skillz's last three Chief Financial Officers left shortly after assuming their role, with an average tenure of a little over a year.[13] Skillz's CFO at the time of drafting, Gaetano Franceschi—its fourth in four years—is also

---

[9] StockStory, *Skillz (NYSE: SKLZ) Misses Q1 Sales Targets*, yahoo!finance (May 9, 2024), https://finance.yahoo.com/news/skillz-nyse-sklz-misses-q1-201953837.html.

[10] Skillz Announces First Quarter 2023 Results, Skillz (May 9, 2023), https://investors.skillz.com/news/news-details/2023/Skillz-Announces-First-Quarter-2023-Results/

[11] Skillz Announces First Quarter 2024 Results, Skillz (May 9, 2024) https://investors.skillz.com/news/news-details/2024/Skillz-Announces-First-Quarter-2024-Results/.

[12] *Moody's Ratings withdraws Skillz's ratings*, Moody's Investor (July 1, 2024), https://ratings.moodys.com/ratings-news/424237.

[13] Skillz Inc., Current Report (Form 8-K) (May 5, 2021); Skillz, Inc., Current Report (Form 8-K) (June 30, 2022); Skillz Inc., Current Report (Form 8-K) (Jan. 8, 2024).

**CLASS ACTION COMPLAINT**

6

leaving, effective January 12, 2026.[14] And in August 2024, Skillz's co-founder Casey Chafkin abruptly stepped down from his position as Chief Strategy Officer of the company.

32.    As further evidence of its financial distress, Skillz has repeatedly replaced its auditors in recent years, terminating EY in 2023[15] and recently dismissing Grant Thornton in favor of Deloitte.[16] In explaining the auditor change, Skillz describes ongoing "material weaknesses in internal control over financial reporting" relating to risk assessment, information technology general controls, and design and documentation of key financial reporting and complex accounting processes.[17]

33.    Finally, Skillz and its senior executives are facing significant exposure from, among other legal issues, a shareholder derivative action filed in Delaware state court: Hanna v. Paradise, No. 2024-0228 (Del. Ch. filed Mar. 8, 2024). The plaintiffs in the Hanna action have alleged that former and current Skillz executives manipulated the disclosure of material nonpublic information to maximize their profit from sales of Skillz stock at the expense of the company and other stockholders.

### C. Skillz Deceived Consumers By Claiming That Every Game On The Skillz Platform Is Evenly Matched, With A Fair and Real Chance To Win, And Entirely Bot-Free

#### 1. Skillz's False Marketing Campaign

34.    Skillz's entire brand was built on a commitment to fairness. The central, but patently false, message of Skillz's marketing to consumers is that its platform and matchmaking technology are inherently more "fair" and trustworthy than those of other mobile gaming companies. Skillz does not trumpet the superior quality, particular innovation or entertainment value of the games hosted

---

[14] https://investors.skillz.com/financials/sec-filings/sec-filings-details/default.aspx?FilingId=19004961.

[15] https://www.marketscreener.com/quote/stock/SKILLZ-INC-105997961/news/SKILLZ-INC-Changes-in-Registrant-s-Certifying-Accountant-Other-Events-Financial-Statements-and-44133724/#:~:text=(a)(1)%20Effective%20June,the%20Company%20for%20such%20years.

[16] https://investors.skillz.com/financials/sec-filings/sec-filings-details/default.aspx?FilingId=19004946.

[17] https://www.stocktitan.net/sec-filings/SKLZ/8-k-a-skillz-inc-amends-material-event-report-27ffe0cc7472.html.

**CLASS ACTION COMPLAINT**

7

on its platform, relative to its competitors. Instead, Skillz stakes out a claim of being the only option for consumers seeking fair, skill-based, evenly matched, and bot-free games. That is a lie.

35.    Skillz often packages such representations as communications directly to consumers and players, frequently paired with a statement or badge claiming that Skillz is "Committed to Fair Play." For example, the badge pictured below appears on the load screen for mobile apps on the Skillz platform, paired with statements that Skillz will "match with real players of equal skill," and "no bots guaranteed!"



36.    A paradigmatic example of Skillz's consumer-facing marketing is an October 31, 2023, social media post from Skillz styled as a statement "[t]o our player community." In that statement, Skillz asserted that it has an "unwavering commitment" to "fairness," and thus has made a "solemn promise that Skillz will NEVER EVER employ bots." The post also states that "we make it our steadfast mission to guarantee that every match you engage in is a true reflection of your skill level." The full post appears below.

CLASS ACTION COMPLAINT

8



37.    The messaging that the Skillz platform is promised to be absolutely bot-free, and to feature only matches between players at the same skill level, is repeated throughout Skillz's marketing, both to players and investors alike.

38.    As an example, Skillz posted on its website a "letter to our community" from Andrew Paradise titled "Founded on Fairness." That letter stakes out a purported "commitment to fairness on our platform" and "restor[ing] competitive gameplay," and accuses "[a]n increasing number of" other mobile games—but not Skillz itself—of using bots.[18]

39.    In the letter, Skillz further asserts that it is "committed to rooting out and eradicating cheaters, bad players, and bots," and that players of Skillz-platform games "can be sure we will continue to: employ proprietary technology to ensure fair matching . . . and only match you against real human opponents of equal skill. No unfair bots, not ever." Id. It also states that "[w]hen you play a Skillz-powered game, you can be sure the competition is real, and so are your chances of winning." Id.

40.    Similar representations promising an all-encompassing commitment to fairness, to have its technology universally match players of even skill levels and ensure "fair" and "real" chances to win every game, and to guarantee the complete absence of bots, are prominently featured on various other pages on Skillz's website. For example:

- Skillz states on its FAQ page that "Every Skillz tournament is between real players. Never bots," "[w]hen you play Skillz-powered games [i.e., games on the Skillz platform], you are matched with real players at your skill level," and "Skillz uses proprietary technology to pair players with similar skill levels, **ensuring that every game is evenly matched and every player has a fair chance to win**."[19]

---

[18] *Founded on Fairness*, Skillz, https://www.skillz.com/fairness/.
[19] *The Home of Competition*, Skillz, https://www.skillz.com/page/3/ (emphasis added).

**CLASS ACTION COMPLAINT**

10

# Frequently Asked Questions

### What is Skillz?

Skillz is the leading mobile gaming platform that connects players and developers through fun, fair competition. Skillz provides the opportunity for casual gamers to turn their skills into real money and prizes.

### Does Skillz use bots?

Every Skillz tournament is between real players. Never bots. Competing against bots is against the fundamental tenets of fair play and real competition on which we were founded. When you play Skillz-powered games, you are matched with real players at your skill level

### How do I know the competition is fair?

Skillz uses proprietary technology to pair players with similar skill levels, ensuring that every game is evenly matched and every player has a fair chance to win.

- That same page includes a graphic concerning "Fairness for All" that once again touts how Skillz's technology "ensures evenly matched play:" *Id.*



## Fairness for All

Proprietary technology ensures evenly-matched play with real players like you.

**CLASS ACTION COMPLAINT**

11

- Skillz's Player FAQ webpage further claims that Skillz "take[s] player matching and fairness very seriously," and informs players that because Skillz's algorithms match players "based on ability level and game history . . . before a game is played," players "**don't have to worry that [they'll] be matched with someone who would normally be above [their] skill band**."[20] The same page also describes and includes examples of the games on the Skillz platform where human players play at separate times, but nowhere on the page are computerized opponents mentioned. *Id.*

## How does Skillz player matching work?

November 04, 2023 08:23                                          Follow

At Skillz, we take player matching and fairness very seriously. Because of this, we structure our matching in a very specific way.

Skillz uses algorithms to match players based on ability level and game history to make sure that every tournament is fair. Currently, most matching is done asynchronously. In asynchronous games,

\*          \*          \*          \*

We will never match two games that have already finished and have a score, since a player's skill level is always assessed *before* a game is played. This means that if you do extra well on a particular game, you don't have to worry that you'll be matched with someone who would normally be above your skill band.

- Skillz's website features a graphic which prominently states: "Only Real People, No Unfair Bots Here."[21]

---

[20] *How does Skillz player matching work?,* Skillz, https://support.skillz.com/hc/enus/articles/211525983-How-does-Skillz-player-matching-work (emphasis added).
[21] Players, Skillz, https://www.skillz.com/players/.

**CLASS ACTION COMPLAINT**



- On its "About Us" page, Skillz represents that in Skillz-platform games, "you play with real people, based on your skill level, and win real-world prizes."[22]



41.    Skillz makes similar statements on social media. Skillz claims on X (formerly Twitter), for example, that it "fight[s] for fairness" and "**ha[s] never and will never use bots to defraud consumers**."[23]



---

[22] About Us, Skillz, https://www.skillz.com/about-us/.

[23] X Post, @skillz (Aug. 16, 2024), https://x.com/skillz/status/1824503590712717624 (emphasis added).

42.    Skillz also represents that players will face only real opponents, and never bots, in advertising for the individual games playable on its platform and within those applications themselves.

43.    For example, Skillz's webpage has listed "5-Hand Poker," developed by Foxpaint AB, as Skillz's "Featured Game." The listing for 5-Hand Poker on the Apple App Store represents that players will "[f]ace off against real opponents."24

44.    CEO Andrew Paradise has personally made similar statements regarding the supposed fairness, absence of bots, and matchmaking on the Skillz platform.

45.    For instance, on a Skillz's Q2 2023 earnings call, Paradise asserted that "[t]he Skillz platform has never used bots and never will," and stated that Skillz's "proprietary platform provides certainty that every player is fairly matched against another real player."25

46.    Similarly, Paradise has stated that Skillz "ensure[s] fairness is everywhere" and that "You always play humans when you play on Skillz."26

47.    In sum, Skillz's message to consumers is clear: Skillz players will never encounter unfair matches or bots and Skillz players will always have a fair and real chance to win. These were the factors that Skillz advertised to differentiate itself from its competitors; not the superior quality, particular innovation, or entertainment value of the games hosted on its platform.

### 2. Skillz's Platform Is Not Bot-Free and Players Do Not Have A Fair And Real Chance To Win At Every Game

48.    Unbeknownst to the public, and notwithstanding its stated reliance on its "proprietary technology" and various "promises" about Skillz games, Skillz has intentionally

---

24 *"5-Hand Poker, Skillz Real Money Card Game,"* Apple App Store, https://apps.apple.com/us/app/5- hand-poker/id6461255719.
25 Skillz Inc. *(NYSE:SKLZ) Q2 2023 Earnings Call Transcript*, Yahoo! Finance (Aug. 4, 2023), https://finance.yahoo.com/news/skillz-inc-nyse-sklz-q2-140838963.html. (emphasis added).
26 *Id.* (emphasis added); Skillz Inc. (NYSE:SKLZ) Q3 2023 Earnings Call Transcript, Yahoo! Finance (Nov. 8, 2023), https://finance.yahoo.com/news/skillz-inc-nyse-sklz-q3-171911754.html (emphasis added).

**CLASS ACTION COMPLAINT**

14

controlled outcomes of games played on its platform by unevenly matching players in order to induce wins or losses at Skillz's discretion and control.

49. Internally at Skillz, such adjustments were sometimes referred to as "determined outcome[s]," "hard win(s)" and "hard loss(es)." "Determined outcome[s]," and "hard" wins and losses refer to instances where players are matched against opponents of such unequal skill in a way that virtually ensured that the better player would win and the worse player would lose.

50. By stating that every player had a fair and real chance to win—when they did not—and by claiming every game was evenly matched—when they were not—Skillz intentionally misrepresented the games on its platform and deceived consumers.

51. Moreover, it is beyond dispute that Skillz's categorical "NEVER EVER" bots messaging to consumers and players of games on the Skillz platform is simply not true.

52. In fact, Skillz's own online Developer Documentation—directed specifically at game developers who seek to host games on the Skillz platform, and distinct from the public-facing marketing promising no bots "ever"—sets forth parameters for developers "utilizing bots in gameplay," and expressly permits "integrating bots into your gameplay experience."[27]



53. The Developer Documentation further provides that bots are permitted "to deliver consistent experiences" and/or for a certain number of "tournaments a player goes through after a new install." Id.

54. Skillz's express approval and encouragement of bot use directly conflicts with the categorical "never bots" pledge that it repeatedly touts to players.

[27] *See Skillz Random and Fairness*, Skillz, https://docs.skillz.com/docs/randomness.

**CLASS ACTION COMPLAINT**

55. Skillz has admitted that the Skillz platform is not actually bot-free. Unable to deny bot usage on its platform, Skillz has merely sought to limit its relevance or significance, albeit through inconsistent and suspicious messaging that further reveals how Skillz is anything but the fully transparent gaming company it claims to be.

56. For example, in legal filings in connection with Skillz Platform Inc. v. Papaya Gaming, LTD., 1:24-cv-01646-DLC (SDNY), Skillz provided a carefully crafted statement that it "does not sponsor any bots in cash games on its platform"—a far narrower assertion than what it is telling the U.S. public in its advertising.

57. Skillz further modified its characterization of its bot usage, acknowledging bot usage in certain situations including in (1) non-cash games called "Z tournaments," and (2) cash games "when two human players compete against each other asynchronously"—something that is nowhere mentioned on its FAQ page purporting to explain the nature of player matching in "asynchronous" cash games. Id.[28]

58. Upon information and belief, even those further caveats are false. Based on its developer guidelines that expressly permit bot use in synchronous real cash games so long as (1) "there is no possibility that the bots may create an imbalance in difficulty or opportunity between the players" and (2) the bots (obviously) do not take home any of the cash prizes,[29] other Skillz games, including cash competitions, contain bots, too.

59. Whatever the true and complete scope of Skillz's deployment of bots, this was starkly different than the assurances it made to consumers and players that the Skillz platform "never" (or "NEVER EVER") has included or will include bots.

60. Moreover, even if Skillz's deployment of bots was solely limited to the non-cash, "Z tournament" context, that would not eliminate deception of, and harm to, consumers. For example, players who lack a proper understanding that their winning rate in non-cash games has

[28] *See How does Skillz player matching work?,* Skillz, https://support.skillz.com/hc/enus/articles/211525983-How-does-Skillz-player-matching-work.
[29] https://docs.skillz.com/docs/randomness/

**CLASS ACTION COMPLAINT**

16

been increased by wins against bots, or that live, synchronous games are more accessible or immediate due to the inclusion of bots, are lured into Skillz's platform and converted to playing cash games under false pretenses, and with improperly inflated expectations about game availability and potential success when real money is on the line.

61.    In addition to being undermined by Skillz's own bot-deploying and/or bot-approving practices, Skillz's unqualified statements that Skillz gamers will only face "real players" and "[n]ever bots" in Skillz-platform tournaments are problematic because Skillz is unwilling and/or unable to fully guarantee that third-party players and game developers are not employing bots on the Skillz platform.

62.    Upon information and belief, Skillz's capabilities to prevent third-party bot usage are deficient, notwithstanding the company's false promises regarding "state of the art security protocols" and "advanced quantitative analytics" that supposedly foreclose such cheating.[30]

63.    Upon information and belief, because Skillz allows third-party game developers to employ certain kinds of bots, in certain circumstances and based on certain criteria, seemingly nothing but a manual review of all the code of all the games on its platform would confirm whether a particular bot is or isn't permitted. Upon information and belief, Skillz may have to actually see participants play the game in action and/or review the game's user data to definitively determine whether its bot usage complies with its bot policies. Upon information and belief, Skillz has not implemented any of these protocols to ensure compliance.

64.    Third-party developers seeking to host games on Skillz are highly incentivized to incorporate bot opponents into their games to artificially increase active player metrics. This is because, prior to monetizing a third-party game on Skillz's platform, Skillz requires the developer to demonstrate that the game exceeds a minimum threshold of 100 active players. Using bots to

---

[30] *How do I know that my opponent isn't cheating?*, Skillz (February 17, 2024), https://support.skillz.com/hc/en-us/articles/203685859-How-do-I-know-that-my-opponent-isn-tcheating.

**CLASS ACTION COMPLAINT**

17

enhance user experience by making "live" games more readily available, or artificially increasing a player's win-rate, would help third-party developers surpass that monetization threshold.

65. Moreover, Skillz has admitted, in its own financials, "material weaknesses in internal control over financial reporting" including information technology general controls in which Skillz did not maintain sufficient "program change management controls to ensure that information technology program and data changes affecting financial information technology applications and underlying records are identified, tested, authorized, and implemented appropriately" and "program operations controls[.]"[31] Thus, Skillz cannot even control its own practices, much less the many third-party developers of the games hosted on their platform.

66. Upon information and belief, Skillz does not adequately police or prevent the implementation of bots by third-party developers.

### 3. Player Reviews And Complaints Are Further Evidence Of Skillz's False Promises Concerning Matchmaking And Bot Usage On Its Platform

67. Many Skillz players have shared their negative experiences playing these games, often referring to clear indicia that they were not fairly matched, including where their opponents could not have been human (despite Skillz's promises to the contrary).

68. Plaintiff Kel Mitchell is a good example. Despite playing for a few years, Kel would sometimes play against opponents who would get perfect scores—and outscore him by thousands of points. These experiences led him to believe that he was competing against computer bots, not real people.

69. Further, many consumers complaining about Skillz-platform games point to statements by Skillz that misled them. For example:

- A Galaxy Store review of the Skillz-platform game Solitaire Cube states that the player was deceived and "robbe[d]" by Skillz because the game "pits you against more advanced players though ads say that you are against players of the same level," "gives you

[31] https://www.stocktitan.net/sec-filings/SKLZ/8-k-a-skillz-inc-amends-material-event-report-27ffe0cc7472.html.

**CLASS ACTION COMPLAINT**

deals that are impossible to win" and there are impossible matches against "bots for the app just so you lose and developers get your cash."[32]

> **rach\*\***
> ★☆☆☆☆ | 2022.11.10
> Don't waste your time or money! This app does nothing but pit you against more advanced players though ads say that you are against players of the same level. Then it gives you deals that are impossible to win. You only get 3 times through the draw cards before it starts taking points away from you. This app is nothing but highway robbery. I'm willing to bet those players are bots for the app just so you lose and developers get your cash. Luckily I only spent $5!

- A Samsung Store review of the Skillz-platform game Blackout Bingo states that the player believes Skillz's advertising is "deceptive" because of her experience playing against bots, and not "other people."[33]

> **pink\*\***
> ★☆☆☆☆ | 2023.08.29
> Seriously? How is this just not unregulated gambling? At least on other cash games you can win gems to try for cash prizes. Of course it takes a long time and you rarely win, but still... This is you HAVE to deposit your real cash to play cash games and MAYBE win.... and, are you really playing other people, or bots? And do you even win cash, or stupid prizes? Where is the "withdrawl" feature?? Hard pass, deceptive advertising.

- Another Blackout Bingo player states that the game "100% feels like a scam" and that "the longer you play the harder the bots get," preventing players from continuing to earn prize money after a certain number of games. *Id.*

---

[32] *"Solitaire Cube: Classic Card Game" Reviews,* Galaxy Store, https://galaxystore.samsung.com/detail/com.tetherstudios.solitaire.klondike?langCd=en.

[33] "Blackout Bingo – Real Cash Prizes Smash Hit" Reviews, Galaxy Store, https://galaxystore.samsung.com/geardetail/com.bigrunstudios.blackoutblitz.

**CLASS ACTION COMPLAINT**

19

> kayl**
> ★☆☆☆☆ | 2023.06.06
> This game 100% feels like a scam. They send you checks in the mail according to the cash out page, and the longer you play the harder the bots get and you can no longer make any money, only lose money. Save yourself and go to a casino or something instead. This is not a good app unless you have money to waste and get nothing back.

- Another reviewer of Blackout Bingo states that "when you first start playing you will win pretty often," but eventually will begin "playing bots and not real people . . . or people who are connected to [Skillz] so they don't ever lose money." *Id.* This player also writes how he began playing the free games on the Skillz platform and then transitioned to playing cash matches after winning "pretty often"—demonstrating that the Skillz's free games are a "gateway drug" to its cash matches.

> dark**
> ★☆☆☆☆ | 2022.03.20
> Literally rigged. Of course when they say you can win real money you expect a certain level of BS but this game takes the cake. First, the promo code for free money on your first deposit doesn't work. Always says invalid. Second the game is literally rigged. I've been playing win real money games for years and for the most part they are legit. This one is not. So when you first start playing you will win pretty often. I decided to deposit $5 and try the money games. That's when I found out the promo code was bogus and a lie. First 3 games I played were $0.60 to enter and you could win $1.00. I won those. Then I tried a $1.00 game to win $3.00. I won that. Obviously there is some luck involved but I was feeling good. That's when you will notice you are now playing bots and not real people. I have lost 7 games in a row and now have only $0.40 left. This game is a complete scam. You either play bots or people who are connected to them so they dont ever lose money. Don't bother. SCAM!!!!!!

- An Apple Store Blackout Bingo player complains that Skillz "claim[s] that [it doesn't] use bots . . . when in fact you all do," because Skillz will "still make the bot win" no matter how well the player plays.[34]

---

[34] "Blackout Bingo: Win Real Cash" Ratings and Reviews, Apple App Store.

**CLASS ACTION COMPLAINT**

20



70.     Skillz reviewers also recount impossibly high scores and other irregularities that made clear their matched opponent was either a bot or an unfairly matched opponent that substantially outranked the player in skill level.

71.     For example, in an August 2021 Better Business Bureau review, one Solitaire Cube player reports being "magically beat[en] by a ridiculous score," with replay playback subsequently unavailable.[35]



---

[35] *Skillz, Inc. Customer Reviews,* Better Business Bureau, https://www.bbb.org/us/nv/lasvegas/ profile/online-gaming/skillz-inc-1086-90090847/customer-reviews.

**CLASS ACTION COMPLAINT**

21

72.    A Reddit post reports that while "Skillz claims they match [you] based on [your] [S]killz account level," this "isn't true." The reviewer reports that "[w]hen you win too much," Skillz games will either "begin crashing for no apparent reason," or matchmaking will be delayed until Skillz "find[s] someone who did better."[36]



73.    Another Reddit post notes that Skillz offers "so called 'fair play matching' tactics, but they definitely have their own bots that they match you against. And you will no doubt lose against those bots."[37]

---

[36] u/TheNightMare325, *"I lost $10,000 playing skillz,"* Reddit (Feb. 22, 2024), https://www.reddit.com/r/SkillzPlayers/comments/mwgh9l/i_lost_10000_playing_skillz/.
[37] u/SkillzIsCorrupt, *"Don't waste your money,"* Reddit (June 2021), https://www.reddit.com/r/SkillzPlayers/comments/o9ln3t/dont_waste_your_money/.



r/SkillzPlayers • 3 yr. ago
SkillzIsCorrupt

## Don't waste your money

Many of the games on the Skillz platform are fun. But do yourself a favor and don't waste your money.

I've sank probably $3,000 into mostly 3 games on their on their platform.

One in particular. I won't claim to be the best player there is. But I'm definitely a well above average player. I've been in the top tier leader board of both the pro and practice leagues many times, and have nothing to show for it.

Skillz without a doubt cheats their players. Not only via shady so called "fair play matching" tactics, but they definitely have their own bots that they match you against. And you will no doubt lose against those bots. Especially when the stakes are a high dollar amount.

Not even sure why I'm posting this. It's really not of any surprise that they cheat their users. And it's something I've suspected for some time. And yet I kept pumping money into their game. Why? Because I'm an idiot I guess. But never again.

And as of now (summer 2021), there's a class action lawsuit against Skillz wherein they're alleged to have defrauded their investors as well (they're a publicly traded company). Which I have no doubt is true as well.

23 55 Share

74. An Apple App Store reviewer of Solitaire Cube recounts having been matched with "super players" that "make it hard to win," and suspicion "that some of the accounts are AI bots."[38]



Smokingmaninblonger, 08/16/2020

**Read this review it it will help you out a lot**
First thing I like solitaire and this game is pretty well done as far as gameplay goes. Here's the advice as someone who played for a few months. 1 you must win more than 60% of your games to break even. The take away 10% of every singe match for an entry fee, you are also charged monthly fees that go up if you don't play enough. So unless you are a savant at solitaire you won't win any real money. I honestly don't know how this game is rated as high as it is. There are super players on here that make it hard to win as well. I also suspect that some of the accounts are AI bots as a matter of fact I suspect that it would be very easy for a mediocre programmer to exploit this game, I mean really if AI can defeat the best chess players in the world what chance do you have at solitaire against one? Last issue I had with this game is that I didn't play for a few days and when I logged back in it logged me into a completely new account and when I logged out and logged back in to my account I had 0.00 in my account. When last I played I had over $20 when I looked at my game history it was not accurate plus they took fees out. I hope this saves someone a few bucks waisted on this app. If you want an actual chance to win real money gambling either go to a casino or use a legitimate gambling/casino app or website as they are highly regulated. Good luck sorry for the long review

[38] "Solitaire Cube" Ratings and Reviews, Apple App Store Preview (Aug. 16, 2020), https://apps.apple.com/us/app/solitaire-cube-win-real-cash/id1114214294?see-all=reviews.

75. Another Solitaire Cube review states that the reviewer "could see that I'm playing with bots" because competitors were "[w]inning with ridiculously high scores in a short amount of time."[39]



76. This reviewer also wrote that she was "[e]xtremely disappointed" because she "thought this game was different," e.g., that this Skillz game was fair and did not contain bots. This demonstrates the effect that Skillz's marketing campaign—which focused exclusively on its singular commitment to fairness—had on consumers.

77. Skillz players have also observed that Skillz's "match replay" feature often is unavailable after the user loses a fairly high proportion of matches in a suspicious manner.[40]

---

[39] "Solitaire Cube" Ratings and Reviews, Apple App Store (Feb. 2, 2024).
[40] *"21 Blitz – Blackjack for Cash" Ratings and Reviews*, Apple App Store (Oct. 6, 2020 and Feb. 10, 2023).

**CLASS ACTION COMPLAINT**

24

78.     For example, 21 Blitz player "CardSharkJG" specifically states a belief that Skillz "lie[s] about how fair the platform is," in part because of the absence of replay to verify that the match was played against a real human.

★★★★★

CardSharkJG, 10/06/2020

**Not to be trusted.**
I've had just about every kind of problem you can possibly think of with these Con Artists. That's exactly what they are. They lie about how fair the platform is but in reality they have over 30 different way to rip you off. Player support is no support at all. They treat you like you've stolen something from them after they rip you off. They respond to every single message with pre written generic responses. Which is only possible if they're already aware of the problem. Lost matches with no replay. You just have to take their word for it. I caught them cheating and stealing from me so many times until I was given $300 to be quiet. Skillz as a whole seem to me to be very unethical and I would rather my whole family starve to death than work for such a shadily crooked group of people. Every single person there should be incarcerated. And I have proof of everything I have stated and would testify under oath against them. SHAME ON YOU SKILLZ. I KNOW YOUR PARENTS TAUGHT YOU ALL TO BE BETTER THAN THE CROOKS THAT YOU ALL ARE. YOU DESERVE TO BE SUED IF NOT PLENTY YEARS OF JAIL TIME FOR ALL THE FALSE ADVERTISEMENT AND MISINFORMATION. THE WAY LEVEL OF UNETHICAL BEHAVIOR LETS ME KNOW THAT YOU ALL ARE MORE CORRUPT THAN POLICE AND POLITICIANS.

79.     Another 21 Blitz player recounts that "[t]he way they match is unfair and you are set up to lose," and that while "[m]ost of the time a replay is available to verify that there is no cheating taking place," around "25-30% of the time it is not [available] and all signs point to cheating."

**CLASS ACTION COMPLAINT**

25



80. One Skillz player created a YouTube video exposing "why Skillz and the apps they produce are extremely corrupt," observing that opposing "players" have implausible score histories that would require "play[ing] the game nearly non-stop" and "win[ning] 80%+ of the time or more."[41] The player states that they have "long played [the Skillz-platform] Bubble Cube and Solitaire Cube game."[42] As a result of Skillz-platform games' use of bots, the player states that they feel they have been "screwed over" and wonders "how many people on [Skillz's] platform are actually real."[43]



---

[41] *The Adaptive Traveler, Skillz Solitaire Cube Is Rigged!!*, YouTube (Sept. 3, 2022), https://www.youtube.com/watch?v=1FlpvHRC5sc.
[42] *Id.* at 0:22.
[43] *Id.* at 5:00-5:13.

**CLASS ACTION COMPLAINT**

81.    This Skillz player's YouTube video also included a video screen-capture recording of a bot opponent achieving an implausibly high score in a $5.00 match of Solitaire Cube:



82.    The above examples are just the tip of the iceberg, and there are many other instances of complaints by Skillz users.

83.    Skillz users have also made clear that Skillz's representations about fairness, even matchmaking, and bot usage induced them to play Skillz-platform games.

84.    For example, the player reviews cited above demonstrate that, once the players discovered that Skillz's promises (e.g., about bot-free play) were untrue, the players felt that Skillz-platform games were a "lie," a "cheat," a "scam," and rife with "deceptive advertising."

85.    One Skillz Blackout Bingo player recounts that Skillz "had [her] fooled," and advises players to "not spend a penny" on Skillz platform games.[44]

---

[44] "Blackout Bingo: Win Real Cash" Ratings and Reviews, Apple App Store.

**CLASS ACTION COMPLAINT**

27

86.    This is yet another example of Skillz's free games—that Skillz admits contains bots—being used as a hook to its cash matches.

87.    Another user notes that they "checked the replays," and has "records and photos to prove" that Skillz games "manipulate the outcomes."[45]

---

[45] *Skillz Reviews*, https://skillz.worthepenny.com.

**CLASS ACTION COMPLAINT**

28



88.    Upon information and belief, Skillz also blocks, mutes, or bans players who complain about bot use within games on Skillz's platform.

89.    For example, one Solitaire Cube player claims that he was "mute[d]" in the game's chat by Skillz or its moderators for raising a concern about the presence of bots.[46]



90.    Similarly, a review of the "Pool Payday" game on the Skillz platform pointed out that Skillz "deleted [their] last review" after the player reported both bot usage and (as discussed further below) delays in receiving their cash withdrawals.[47]

---

[46] "Solitaire Cube — Win Real Cash" Ratings and Reviews, Apple App Store.
[47] "Pool Payday: 8 Ball Pool Game" Ratings and Reviews, Apple App Store.

**CLASS ACTION COMPLAINT**

29

91.     When Skillz promised and guaranteed no bots in the games on its platform, reasonable consumers understood two things: (i) they will not face a computer bot as their opponent; and (ii) that Skillz's algorithm is not systemically or automatically putting them in a position where they are destined to lose.

92.     Given the above, it is clear that Skillz's repeated and highly publicized presentation of its platform as "never" incorporating bots, and its guarantees that players are fairly matched against other players of equal skill, are false and deceptive.

**D.  Skillz Deceives Consumers By Impeding Their Cash Withdrawals**

93.     In marketing itself as the only "fair" skill-based mobile gaming operator, Skillz touts how players using the platform can "win real-world prizes" including cash. Skillz further informs players that they can withdraw winnings at "any time."

94.     For example, Skillz has published videos informing the public that they can "Reliably Cash Out At Anytime," without any qualifications:



95.     Skillz also imparts that message on its "Support" page for the question, "How does Skillz work? Can I actually win real money?"

---

**CLASS ACTION COMPLAINT**

30



96.     Skillz further touts the withdrawal of player earnings from Skillz-platform games as a "[s]ecure" and "[s]afe" process, claiming that players can trust Skillz to handle withdrawals in an efficacious manner and that they will actually receive the funds they seek to withdraw.

97.     In practice, however, players are not able to withdraw their cash "at any time," and sometimes are prevented from withdrawing their cash at all.

98.     Numerous players have complained about their inability to retrieve their money as promised, as they were informed by Skillz that their winnings were delayed, or in some cases wholly unavailable.

**CLASS ACTION COMPLAINT**

31

99.     For instance, Plaintiff Kel Mitchell attempted to withdraw cash from his Skillz account multiple times, but each time the money was delayed for days. When the money did finally show up in his bank account, it would be frozen and he could not access it for even longer periods of time.

100.     Another player noted how a purported "service interruption" was used as the justification for Skillz being "no longer able to issue prize winnings" to their account, and the player's withdrawals were thus "cancelled."



101.     Below are other examples of consumer dissatisfaction with Skillz's fraudulent and deceptive conduct with respect to withdrawing cash winnings:

**Scam**                                         Jun 17
★☆☆☆☆                                          rayyvenne

Most of the reviews are people who are mad about losing, but i actually won money and tried to cash out back in September of 2022. I never received my check, i have reached out several times, they ask me to verify my address and then they ignore me. I've even asked if they can just credit the money back to my account and i still get ignored. The game can honestly be fun i would just be careful using real money.

**This app is a scam**                          edited Jun 24
★☆☆☆☆                                          Drohxuwh

They don't pay your winnings and in the reviews they say to email their support but they never reply.

carr**
★☆☆☆☆ 2023.11.04
I would give it zero stars, but it won't let you. It has tons of ads, it never pays out even when you meet all the requirements it comes up with new ones. Three months later I still have never received anything from them. False fake game, false advertising, and locks up to much

brng**
★☆☆☆☆ 2023.09.17
DONT DEPOSIT YOUR MONEY WITH THIS DEVELOPER YOY WILL NOT GET YOUR WINNINGS AT CASH OUT. VERY ANGRY CANT GET A REFUND SENDS YOU THROUGH LOOPS HOLES. THE TRUTH



102.    As one player explained, Skillz is a "total scam" because "when it's time to cash out, they come up with all sorts of excuses to avoid paying you."[48]



103.    Upon information and belief, Skillz also has suspended and/or banned accounts as an excuse to deprive players of their winnings.

104.    For example, one player noted how their account was suspended because they were accused of "intentionally poor play."



105.    Another player asserted that they were "scammed" like "many players" when their account was banned and they were refused payment.

---

[48] *Skillz Reviews*, https://skillz.worthepenny.com.

106.    Other players who have contacted Skillz to rightfully complain about failing to receive funds they had withdrawn, report that Skillz ignores the players' concerns and makes no attempt to resolve the issue or to confirm that the players will receive their winnings.[49]

### E.  Skillz Attempted To Cover Up Its Own Use of Bots And Other False Promises By Overseeing 4 Fair Play's Campaign of Deception

107.    Skillz created and funded a false-front organization, 4 Fair Play, whose main objective was to deliberately mislead the public into submitting complaints about its competitors' mobile games and shield its own games from criticism. Skillz thereby intentionally misled and deceived consumers into thinking that its competitors were using bots in their games, while Skillz was not.

108.    From approximately September 2023 through late February 2024, the 4FairPlay Website was active, displayed content to the public, and provided for the submission of customer complaints about certain mobile games.

109.    The 4FairPlay Website included at least three sub-pages, including: (a) a home page purporting to display data related to the submission of customer complaints to state law enforcement agencies and encouraging visitors to file a complaint; (b) a "File a Complaint" page urging visitors

---

[49] *"Blackout Bingo – Real Cash Prizes Smash Hit" Reviews*, Galaxy Store, https://galaxystore.samsung.com/geardetail/com.bigrunstudios.blackoutblitz.

**CLASS ACTION COMPLAINT**

35

to use a pre-populated form to submit a complaint against three of its competitors to a state law enforcement agency; and (c) a Frequently Asked Questions ("FAQs") page providing information about submitting a complaint to state law enforcement agencies and lauding companies that supposedly provide fair gaming experiences.

110.    Skillz deliberately excluded Skillz games from the 4 Fair Play website by ensuring that the auto-populated complaint forms listed only games developed by its competitors, not those hosted by Skillz. Skillz precluded visitors to the 4FairPlay Website from complaining about games on the Skillz platform, even though Skillz knew that its games incorporated bots and unevenly matched players despite public representations to the contrary.

111.    Despite this, visitors to the 4FairPlay Website emailed 4 Fair Play to complain about games on the Skillz platform, but, upon information and belief, Skillz did not turn over these supposed complaints to state law enforcement with the rest of the complaints against its competitors.

112.    In fact, Skillz deliberately altered complaints about Skillz and removed any mention of Skillz prior to submitting them to state law enforcement.

113.    Although Skillz created, funded, and controlled 4 Fair Play, it took steps to shield its creation and control of 4 Fair Play and the 4FairPlay Website from public disclosure.

114.    The "About" page on the 4FairPlay Website stated that "4 Fair Play is on a mission to bring fairness to mobile gaming. We are dedicated to promoting fair, transparent policies and practices in the industry so everyone can enjoy playing. Our organization was founded to educate the public on fair play and provide tools and resources players need to protect themselves if they've been scammed."

**CLASS ACTION COMPLAINT**

115.    The 4FairPlay Website was altered to remove any information that could lead back to Skillz.

116.    Despite Skillz's own use of bots and fake "guarantees" to players amid consumers' negative experiences with its platform, Skillz continues to publicly, and falsely, represent that Skillz is "combat[ing] the deceptive usage of bots . . . in [the mobile gaming] industry" to create "a fairer future in gaming," and accuses its competitors in the space of utilizing bots in their games.[50]

117.    Skillz makes similar misleading claims regarding bot use in the industry to its investors and other business partners. In Skillz's Q4 2023 earnings call, Skillz CEO Andrew Paradise claimed that Skillz is "the leading company that does not engage in bot fraud," and that "elimination of this practice would dramatically benefit [Skillz]."[51]

---

[50] Rachel Kaser, *Skillz CEO says company isn't done fighting bots in mobile gaming*, GamesBeat (May 9, 2024), https://venturebeat.com/games/skillz-ceo-says-company-isnt-done-fighting-bots-in-mobilegaming/.

[51] Ahmed Abdulazez Abdulkadir, *Earnings call: Skillz Inc. reports Q4 results, outlines path to profitability*, Investing.com (Mar. 15, 2024), https://www.investing.com/news/stock-marketnews/earnings-call-skillz-inc-reports-q4-results-outlines-path-to-profitability-93CH-3340001.

**CLASS ACTION COMPLAINT**

37

118.    Paradise has also asserted that Skillz "stands alone" in its "commitment to fair play for skill-based gaming," to the exclusion of all others.[52]

**F.  Skillz's Arbitration Clause and Class Action Waiver In Its User Terms Are Illusory and Unenforceable**

119.    To play games on Skillz's platform, consumers need to accept Skillz's User Terms and Conditions of Service.[53] Included in the User Terms is an arbitration clause requiring all disputes to be resolved by binding arbitration and a class action waiver:

**14.2. Binding arbitration**. If you and we do not resolve any Dispute by informal negotiation or in small claims court, any other effort to resolve the Dispute will be conducted exclusively by binding arbitration as described in this Section. Instead, all Disputes will be resolved before a neutral arbitrator, whose decision will be final except for a limited right of appeal under the Federal Arbitration Act. Any court with jurisdiction over the parties may enforce the arbitrator's award.

**14.3. Class action waiver.** To the maximum extent permitted under applicable law, any proceedings to resolve or litigate any Dispute in any forum will be conducted solely on an individual basis. Neither you nor we will seek to have any Dispute heard as a class action or in any other proceeding in which either party acts or proposes to act in a representative capacity. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings. If this waiver is found to be illegal or unenforceable as to all or some parts of a Dispute, then it won't apply to those parts. Instead, those parts will be severed and proceed in a court of law, with the remaining parts proceeding in arbitration.

120.    However, these provisions are illusory because the User Terms includes a Change-In-Terms clause that allows Skillz to "amend, change, modify or revise the Terms **at any time**" (emphasis added):

**1.2. Changes to the Terms.** We may amend, change, modify or revise the Terms at any time, and we may post a notice on our website at ("Website") of any material changes, and you can see when these Terms were last revised by referring to the "Updated" legend above. Your continued participation in Competitions and/or use of Software or Services means you accept any new or modified Terms. You are responsible for reviewing the Terms for any changes, so please check back here from time to time.

---

[52] *Skillz Inc. (NYSE:SKLZ) Q2 2023 Earnings Call Transcript*, Yahoo! Finance (Aug. 4, 2023), https://finance.yahoo.com/news/skillz-inc-nyse-sklz-q2-140838963.html.
[53] User Terms and Conditions of Service, Skillz, (updated as of May 22, 2025) https://www.skillz.com/legal/.

**CLASS ACTION COMPLAINT**

38

121. Importantly, the User Terms do not require that Skillz provide prior notice of any changes prior to implementation nor limit what changes may be made. To the contrary, the User Terms indicate only that Skillz "may post a notice" of any changes, not it that must. In fact, as written, the User Terms permit Skillz to secretly implement even retroactive changes to the User Terms, including the arbitration clause and class action waiver, and only to post those updates at a later date (if ever).

122. Because the User Terms allow Skillz to modify or eliminate the arbitration clause and class action waiver without notice and even retroactively, these terms are illusory and should not be enforced.

## V. CLASS ALLEGATIONS

123. Plaintiffs bring this action as a class action pursuant to Fed. R. Civ. P. 23 and seek certification of the following class (together, the "Class"): All persons who played games on Skillz's platform between January 25, 2024 and the present and (i) participated in cash competitions and lost money; or (ii) were unable to timely withdraw the money they deposited or won on Skillz's platform. Accordingly, the Class Period is January 25, 2024 through the present.

124. Excluded from the Class is Skillz, its officers and directors, and members of their immediate families or their legal representatives, heirs, successors or assigns and any entity in which Skillz has or had a controlling interest.

125. Plaintiffs also seek to certify the following subclasses[54] (together, the "Subclasses):

- All persons included in the Class who are residents of the State of Texas ("Texas Subclass);

- All persons included in the Class who are residents of the State of California ("California Subclass").

---

[54] Plaintiffs expect to seek certification of additional state-specific subclasses, including New York and Florida.

**CLASS ACTION COMPLAINT**

39

126. Plaintiffs reserve the right to amend the Class and Subclasses definition if investigation or discovery indicates that the definition should be narrowed, expanded, or otherwise modified.

127. The members of the Class are so numerous that joinder of all members is impracticable. The precise number of Class members is unknown to Plaintiffs at this time, but it is believed to be in the tens of thousands.

128. Members of the Class are readily ascertainable and identifiable. Members of the Class may be identified by publicly accessible information and records maintained by Skillz or its agents. They may be notified of the pendency of this action by electronic mail using a form of notice customarily used in consumer protection actions.

129. Plaintiffs' claims are typical of the claims of the Class members as all Class members are similarly affected by Skillz's respective wrongful conduct in violation of the laws complained of herein. Plaintiffs do not have any interest that is in conflict with the interests of the members of the Class.

130. Plaintiffs and members of the Class sustained damages by being induced through false promises to play games on the Skillz platform and then losing money because they were not evenly matched to players of equal skill or losing money to bots instead of humans, while thinking they were playing real human beings. Plaintiffs and members of the Class also sustained damages by playing Skillz games and being prevented from withdrawing cash winnings.

131. Plaintiffs have fairly and adequately protected, and will continue to fairly and adequately protect, the interests of the members of the Class and have retained counsel competent and experienced in class action litigation. Plaintiffs have no interests antagonistic to those of the Class.

132. Prosecuting separate actions by or against individual members of the Class would create a risk of inconsistent or varying adjudications with respect to individual members of the Class that would establish incompatible standards of conduct for Skillz.

**CLASS ACTION COMPLAINT**

40

133.     Common questions and answers of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class, including but not limited to the following:

- Whether Skillz's matchmaking technology can and does ensure that every match is even and between players of equal skill;

- Whether games on Skillz's platform include bots;

- Whether Skillz made false representations concerning the games on its platform;

- Whether Skillz knew that its representations were false;

- Whether Skillz prevented consumers from withdrawing cash winnings;

- Whether members of the Class suffered damages as a result of Skillz's conduct in violation of state law.

134.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by some of the individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.

135.     There will be no difficulty in the management of this action as a class action.

**FIRST CAUSE OF ACTION**
**Unfair Competition Law (California Subclass)**
**Cal. Bus. & Prof. Code § 17200 *et seq.***

136.     The allegations contained in Paragraphs 1 through 135 are hereby incorporated by reference as if fully set forth herein.

137.     California's Unfair Competition Law prohibits "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising," Cal. Bus. & Prof. Code § 17200, and can be brought by a "person who has suffered injury in fact and has lost money or property as a result of the unfair competition." Id. § 17204.

---

**CLASS ACTION COMPLAINT**

41

138. Skillz engaged in unfair and fraudulent acts and practices, as well as deceptive and misleading advertising in California by falsely and repeatedly promising Plaintiffs and the California Subclass in its advertisements, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; (ii) there are "never" bots on its platform; and (iii) players can withdraw their cash "at any time".

139. Specifically, Skillz "guarantee[d]," "ensure[d]," and otherwise promised that every match on the Skillz Platform is evenly matched and between players of equal skill (e.g., "only match you against real human opponents of equal skill;" "[e]very competition you take part in is a fair and equal match").

140. Similarly, Skillz's messaging could not have been any clearer that the Skillz Platform never has and never will include any computerized opponents, or "bots," in any form or manner—e.g., "no bots guaranteed!" and a "solemn promise that Skillz will NEVER EVER employ bots."

141. And Skillz represented to consumers, including Plaintiffs and the Class, that the cash that they deposit and/or win on the Skillz Platform is easily and immediately accessible and that winnings can be withdrawn "at any time."

142. Each of these guarantees and representations was willfully false and misleading.

143. Skillz insiders conceded that the company's ability to measure players' skill is not as promised, so "ensuring" that every match is between "equal" or "even" players is pure fiction. In fact, Skillz intentionally created mismatches by pairing opponents of very different skill levels against each other.

144. The Skillz Platform includes bots. Skillz's documentation for developers who publish games on the Skillz Platform contemplates bots, including in cash games. Skillz also includes bot opponents in non-cash-entry "Z" games, which Skillz recognizes as a gateway to cash competitions.

**CLASS ACTION COMPLAINT**

42

145.    Skillz does not process payments immediately, and as part of a broader strategy to reduce player profitability on its platform, creates roadblocks to delay or even prevent profitable players from receiving their winnings. For example, Skillz deploys verifications in which all players who win cannot cash out until they agree to be visited by security personnel who watch them play Skillz platform games. If the player refuses to participate in this intrusive process, they cannot withdraw their balance.

146.    Skillz has also engaged in unlawful conduct by virtue of: (i) its fraudulent and deceitful conduct in violation of California Civil Code §§ 1709 through 1711; and (ii) its violations of the Consumers Legal Remedies Act, California Civil Code §§ 1770(a)(5), (7), (9), (19).

147.    Skillz's unfair and fraudulent acts and practices and deceptive and misleading advertising have deceived Plaintiffs, the California Subclass, and the general public.

148.    By making these false and misleading representations to Plaintiffs and the Class, Skillz has caused them to participate in cash competitions on Skillz's platform, who would not have otherwise played such games.

149.    Skillz knew, or should have known, that its material misrepresentations and omissions would likely deceive and harm Plaintiffs and the Class.

150.    There is no societal benefit from Skillz's conduct and its conduct has offended an established public policy.

151.    There were reasonably available alternatives to further Skillz's legitimate business interests, other than the conduct described herein.

152.    Plaintiffs and the Class have lost millions of dollars playing Skillz's cash games because they were matched against players of unequal skill or computerized bots.

153.    Plaintiffs and the Class have been unable to easily withdraw cash they deposited and won on Skillz's platform and some have not been able to access their cash at all.

**CLASS ACTION COMPLAINT**

154.    As a direct and proximate result of Skillz's unfair and fraudulent acts and practices and deceptive and misleading advertising, Plaintiffs and the Class have suffered damages and pecuniary losses in an amount to be determined at trial.

## SECOND CAUSE OF ACTION
### Negligent Misrepresentation (California Subclass)

155.    The allegations contained in Paragraphs 1 through 135 are hereby incorporated by reference as if fully set forth herein.

156.    Skillz has specialized knowledge and expertise about the gaming industry upon which Plaintiffs and the Class relied.

157.    Skillz made false and misleading representations of existing fact to Plaintiffs and the California Subclass in its advertisements, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; (ii) there are "never" bots on its platform; and (iii) players can withdraw their cash "at any time".

158.    Skillz knew or should have known that these representations were false and that Plaintiffs and the Class were likely to rely on them because of Skillz's position of authority in the gaming industry.

159.    Skillz made these misrepresentations with the intent to induce Plaintiffs and the Class to play games on Skillz's platform, despite knowing that they were material and important to users that the games were "fair."

160.    Plaintiffs and the Class actually and justifiably relied on Skillz's false representations in deciding to play the games on Skillz's platform. Plaintiffs and the Class would not have participated in cash games on Skillz's platform if not for these representations.

161.    As a direct and proximate result of Skillz's negligent misrepresentations, Plaintiffs and the Class were damaged in an amount to be determined at trial.

---

**CLASS ACTION COMPLAINT**

44

**THIRD CAUSE OF ACTION**
**Unjust Enrichment (California Subclass)**

162. The allegations contained in Paragraphs 1 through 135 are hereby incorporated by reference as if fully set forth herein.

163. Skillz has been unjustly enriched at Plaintiffs' and the Class's expense as a result of its unlawful and unfair retention of money conferred by Plaintiffs and the Class, such that Skillz's retention of their money would be inequitable.

164. Skillz's unlawful and wrongful acts, including by withholding Plaintiffs' and the Class's money that they deposited and/or won on the Skillz's platform, enable Skillz to unlawfully receive monies it would not have otherwise obtained.

165. Plaintiffs and the Class have conferred benefits on Skillz, which Skillz has knowingly accepted and retained.

166. Skillz's retention of the benefits conferred by Plaintiffs and the Class would be against fundamental principles of justice, equity, and good conscience.

167. Plaintiffs and the Class seek restitution from Skillz and seek an order of this Court disgorging all profits, benefits, and other compensation obtained by Skillz from its wrongful conduct.

168. Plaintiffs and the Class have no adequate remedy at law.

**FOURTH CAUSE OF ACTION**
**Deceptive Trade Practices (Texas Subclass)**
**Tex. Bus. & Com. Code Ann. § 17.46**

169. The allegations contained in Paragraphs 1 through 135 are hereby incorporated by reference as if fully set forth herein.

170. The Texas Deceptive Trade Practices Act outlaws "[f]alse, misleading, or deceptive acts or practices in the conduct of any trade or commerce" including (i) representations that goods or services have characteristics which they do not have or are of a particular standard, style or model if they are of another; (ii) advertising goods or services with intent not to sell them as advertised; and (iii) "failing to disclose information concerning goods or services which was known at the time

**CLASS ACTION COMPLAINT**

45

of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed." Tex. Bus. & Com. Code Ann. § 17.46(b)(5), (7), (9), (24).

171. Plaintiffs and the Class are consumers as defined by DTPA because they are individuals who purchased goods and services from Skillz. Tex. Bus. & Com. Code Ann. § 17.45(4).

172. Skillz engaged in false, misleading and deceptive acts in Texas by falsely and repeatedly representing to Plaintiffs and the Texas Subclass in its advertisements, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; (ii) there are "never" bots on its platform; and (iii) players can withdraw their cash "at any time".

173. Specifically, Skillz "guarantee[d]," "ensure[d]," and otherwise promised that every match on the Skillz Platform is evenly matched and between players of equal skill (e.g., "only match you against real human opponents of equal skill;" "[e]very competition you take part in is a fair and equal match").

174. Similarly, Skillz's messaging could not have been any clearer that the Skillz Platform never has and never will include any computerized opponents, or "bots," in any form or manner—e.g., "no bots guaranteed!" and a "solemn promise that Skillz will NEVER EVER employ bots."

175. And Skillz promised consumers, including Plaintiffs and the Class, that the cash that they deposit and/or win on the Skillz Platform is easily and immediately accessible and that winnings can be withdrawn "at any time."

176. Each of these guarantees and representations were willfully false and misleading.

177. Skillz insiders conceded that the company's ability to measure players' skill is not as promised, so "ensuring" that every match is between "equal" or "even" players is pure fiction. In fact, Skillz intentionally created mismatches by pairing opponents of very different skill levels against each other.

---

**CLASS ACTION COMPLAINT**

46

178. The Skillz Platform includes bots. Skillz's documentation for developers who publish games on the Skillz Platform contemplates bots, including in cash games. Skillz also includes bot opponents in non-cash-entry "Z" games, which Skillz recognizes as a gateway to cash competitions.

179. Skillz does not process payments immediately, and as part of a broader strategy to reduce player profitability on its platform, creates roadblocks to delay or even prevent profitable players from receiving their winnings. For example, Skillz deploys verifications in which all players who win cannot cash out until they agree to be visited by security personnel who watch them play Skillz platform games. If the player refuses to participate in this intrusive process, they cannot withdraw their balance.

180. Skillz's false representations have deceived Plaintiffs and the Class including consumers who reside in Texas.

181. By making these false and misleading representations to Plaintiffs and the Class, Skillz has caused them to participate in cash competitions on Skillz's platform, who would not have played Skillz-platform games absent Skillz's misrepresentations.

182. Plaintiffs and the Class have lost millions of dollars playing Skillz's cash games because they were matched against players of unequal skill or computerized bots.

183. Plaintiffs and the Class have been unable to immediately withdraw cash they deposited and won on Skillz's platform and some have not been able to access their cash at all.

184. As a direct and proximate result of Skillz's deceptive trade practices, Plaintiffs and the Class have suffered economic damages and damages for mental anguish in an amount to be determined at trial.

## FIFTH CAUSE OF ACTION
### Negligent Misrepresentation (Texas Subclass)

185. The allegations contained in Paragraphs 1 through 135 are hereby incorporated by reference as if fully set forth herein.

---

**CLASS ACTION COMPLAINT**

47

186. Skillz made false and misleading representations of existing fact to Plaintiffs and the Texas Subclass in its advertisements, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; (ii) there are "never" bots on its platform; and (iii) players can withdraw their cash "at any time".

187. These false representations were made in the course of Skillz's business to attract consumers in Texas and other states to participate in games on its platform.

188. Skillz knew that these misrepresentations were false and material to consumers but made them anyways. At the very least, Skillz did not exercise reasonable care in making these representations.

189. Plaintiffs and the Class justifiably relied on Skillz's false representations in deciding to play the games on Skillz's platform. Plaintiffs and the Class would not have participated in cash games on Skillz's platform if not for these representations.

190. As a direct and proximate result of Skillz's negligent misrepresentations, Plaintiffs and the Class were damaged and have suffered a pecuniary loss in an amount to be determined at trial.

### SIXTH CAUSE OF ACTION
### Unjust Enrichment (Texas Subclass)

191. The allegations contained in Paragraphs 1 through 135 are hereby incorporated by reference as if fully set forth herein.

192. Skillz has been unjustly enriched at Plaintiffs' and the Class's expense as a result of its unlawful and unfair retention of money conferred by Plaintiffs and the Class, such that Skillz's retention of their money would be inequitable.

193. Skillz's unlawful and wrongful acts, including by withholding Plaintiffs' and the Class's money that they deposited and/or won on the Skillz's platform, enable Skillz to unlawfully receive monies it would not have otherwise obtained.

194. Plaintiffs and the Class have conferred benefits on Skillz, which Skillz has knowingly accepted and retained.

---

**CLASS ACTION COMPLAINT**

195.    Skillz's retention of the benefits conferred by Plaintiffs and the Class would be against fundamental principles of justice, equity, and good conscience.

196.    Plaintiffs and the Class seeks restitution from Skillz and seek an order of this Court disgorging all profits, benefits, and other compensation obtained by Skillz from its wrongful conduct.

## PRAYER FOR RELIEF

197.    On behalf of themselves and the Class, Plaintiffs request the following relief:

(a) That the Court determines that this action may be maintained as a class action under Fed. R. Civ. P. 23(a), (b)(1) and (b)(3), that the proposed Class and subclasses be certified, that Plaintiffs be named as Class Representatives of the Class, that the undersigned be named as Lead Class Counsel of the Class, and directs that notice of this action be given to Class members;

(b) That the Court enter an order declaring that Skillz's actions, as set forth in this Complaint, violate the state laws set forth above and enjoining Skillz from such acts;

(c) That the Court award Plaintiffs and the Class compensatory and economic damages and damages for mental anguish in an amount to be determined at trial;

(d) That the Court award Plaintiffs and the Class statutory, treble, and punitive damages in an amount to be determined at trial;

(e) That the Court issue appropriate equitable and other relief against Skillz to which Plaintiffs and the Class are entitled, including restitution of the money that was lost by Plaintiffs and the Class;

(f) That the Court award Plaintiffs and the Class pre- and post-judgment interest (including pursuant to statutory rates of interest set under state law);

(g) That the Court award Plaintiffs and the Class their reasonable attorneys' fees and costs of suit; and

(h) That the Court issue a public injunction in accordance with the McGill Rule (McGill v. Citibank, N.A., 2 Cal. 5th 945 (2017)), requiring Skillz to immediately cease such wrongful acts and practices.

(i) That the Court award such other relief as the Court may deem just and proper.

---

**CLASS ACTION COMPLAINT**

49

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiffs respectfully demand a trial by jury for all claims so triable in this lawsuit.


Dated: January 21, 2026                           **FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Ivy Ngo*
Ivy Ngo
Ivy Ngo (S.B.N. 249860)
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
T: (646) 494-2900
Email: ingo@fnf.law

Velvel Freedman *(pro hac vice forthcoming)*
Colleen Smeryage *(pro hac vice forthcoming)*
Mendel Konikov *(pro hac vice forthcoming)*
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
(786) 924-2900
vel@fnf.law
csmeryage@fnf.law
mkonikov@fnf.law

*Attorneys for Plaintiffs*

---

**CLASS ACTION COMPLAINT**

50