**FREEDMAN NORMAND FRIEDLAND LLP**
Ivy T. Ngo (SBN 249860)
2108 N Street, #15185
Sacramento, CA 95816
Telephone: (786) 924-2900
Facsimile: (646) 392-8842
ingo@fnf.law

Velvel Freedman (*pro hac vice*)
Colleen Smeryage (*pro hac vice*)
Mendel Konikov (*pro hac vice*)
1815 Purdy Ave.
Miami Beach, FL 33139
(786) 924-2900
vel@fnf.law
csmeryage@fnf.law
mkonikov@fnf.law

*Counsel for Plaintiffs and the Proposed Class and Subclasses*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

KEL MITCHELL, GIOVANNI GARZA, and AMY MASIKER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SKILLZ PLATFORM INC.

Defendant.

Case No.: 3:26-cv-00674-AMO

JURY TRIAL DEMANDED

Assigned to Hon. Araceli Martinez-Olguin

**SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiffs Kel Mitchell ("Mitchell"), Giovanni Garza ("Garza"), and Amy Masiker ("Masiker"), individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), bring this action against Defendant Skillz Platform Inc. ("Skillz" or "the Company") and allege as follows:

## I. INTRODUCTION

1. This class action seeks to end a multi-year, multi-channel campaign of consumer deception and unfair trade practices orchestrated by Skillz in a desperate attempt to save its cratering mobile gaming platform. Skillz built its entire brand on the promise that every player on its platform would receive a fair competition against a real opponent of equal skill—neither of which is true. Skillz hypocritically positions itself as a noble defender of fairness in the mobile gaming space while itself defrauding players.

2. Skillz has trafficked two categories of false or materially misleading messages designed to induce consumers to play games hosted on the Skillz platform. Skillz ensured, promised, and guaranteed in its advertisements ("ads"), website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; and (ii) its platform will "NEVER EVER" include computerized opponents, or "bots."

3. Since at least 2020, Skillz has been luring players in with those messages and allowing them to check out the platform for free in non-cash Z Tournaments before committing real money. Once assured that the guarantees were true based on their experience in Z Tournaments, players like Plaintiffs began putting in their own real money to play.

4. As the skills-based gaming community became aware of bots giving the edge to the house, players like Plaintiffs wondered about Skillz's guarantees. So Skillz started reassuring players like Plaintiffs it was different from the other skills-based gaming companies. For instance, in an October 31, 2023 Facebook post, Skillz wrote that it has made a "solemn promise that Skillz will NEVER EVER employ bots," and is on a "steadfast mission to guarantee that every match you engage in is a true reflection of your skill level."[1]

[1] Skillz Games, *To Our Player Community*, Facebook,

5. And since early 2024, every time a player launched a game on the Skillz platform, they were greeted by a "Committed to Fair Play" badge bearing the assurance: "Match with **real players** of equal skill. Win **real cash prizes** with easy withdrawals. Compete for real, **no bots** guaranteed!" This badge was not occasional; it was structurally embedded into the load screen of every Skillz-powered application, ensuring that each and every player – millions of them – received the same representations each time they played. The "Committed to Fair Play" badge that appears today is the version that has been in place since its inception, and is part of the systematic, uniform, and algorithmically-enforced set of representations.




6. Like thousands of other players, Plaintiffs saw, read and relied on the fair play badge and/or other fair play marketing. Skillz's website similarly stated that "Skillz uses proprietary technology to pair players with similar skill levels, ensuring that every game is evenly matched and every player has a fair chance to win."[2] Upon information and belief, every Class Member was exposed to and read these and other fair play statements by Skillz—statements which invited reliance and led consumers to spend millions of dollars on a gaming platform that deceived its users.

7. Skillz knew full well that its representations regarding its "proprietary technology" and its promises that every player has a "fair" and "real" chance to win, and that games "NEVER

---

https://www.facebook.com/SkillzGames/photos/to-our-player-communityat-skillz-there-is-an-unwavering-commitment-that-we-hold-/825747122892455/?_rdr (last visited Mar. 31, 2026) (emphasis added).

[2] *The Home of Competition*, Skillz, https://web.archive.org/web/20240806030019/https://www.skillz.com/page/3/ (last visited Aug. 20, 2026) (emphasis added).

EVER" incorporate bots, are all false or materially misleading. Indeed, Skillz's "solemn promise" and "steadfast mission" are nothing more than marketing slogans intended to dupe Class Members into believing that Skillz's platform did not artificially stack the odds against any player.

8. In reality, as confirmed by former Company employees, Skillz has taken steps to intentionally control outcomes of games played on its platform by unevenly matching players. Internally at Skillz, such adjustments were sometimes referred to as "determined outcome[s]," "hard win(s)" and "hard loss(es)." "Determined outcome[s]," and "hard" wins and losses refer to instances where players are matched in a way to virtually ensure that the player will win or lose.

9. Similarly, Skillz deployed computerized opponents ("bots") in non-cash Z tournaments—which it used specifically as a gateway to cash competition—and did not prevent bots in cash games under its own developer guidelines. The Z-tournament bots were intentionally calibrated to be easy to beat, giving players an artificially inflated sense of their skill and baiting them to wager real money in cash competitions that they stood little to no chance of winning. Skillz's cash competitions, however, were nothing like the non-cash Z tournaments which is what players like Plaintiffs thought they were paying for.

10. In addition to former Skillz employees, many player reviews and complaints discuss these unfair play conditions in cash competitions on Skillz's platform. These players' stories repeatedly highlight indicia that strongly suggest bot use and uneven matches.

11. To bolster its credibility and trustworthiness, Skillz even created and funded a false-front organization, Fair Play for Mobile Games ("4 Fair Play"), whose main objective was to deliberately mislead the public into submitting complaints about its competitors' mobile games and shield its own games from criticism. Skillz thereby intentionally misled and deceived consumers into thinking that its competitors allowed bots to influence their games' outcome, but Skillz did not.

12. Skillz's multi-year campaign was orchestrated from its headquarters in San Francisco, California, where it operated from 2016 until mid-2023. Many of the marketing decisions, product policy, and consumer-facing communications strategy at issue in this action were

devised and executed from California, while Skillz was a San Francisco-based company. After Skillz moved its headquarters to Nevada in 2023, it continued to employ individuals in California in senior marketing and communications positions, including from offices in San Mateo and Los Angeles. Currently, it has a San Mateo office and is hiring for its San Francisco office.

13. Skillz's unfair trade practices and willfully false or materially misleading advertising has significantly harmed consumers—including Plaintiffs and other Class and Subclass members—by inducing them into believing that Skillz is the only mobile gaming platform where players will be evenly matched, not face bot-related play (or other developer-generated losses), and have a "fair" and "real" opportunity to earn rewards in every game. They participated in cash games on Skillz's platform only to inevitably lose their money because of the unfair competition.

14. Skillz's conduct violates the Racketeer Influenced and Corrupt Organizations ("RICO") Act and the unfair trade practices, false advertising, willful consumer deception, negligent misrepresentation, and unjust enrichment laws of California, Texas, and New York.

15. Accordingly, Plaintiffs, individually and on behalf of the Class, bring claims to recover the money lost by consumers who were duped into playing cash games on Skillz's platform and to stop Skillz's deceptive practices.[3]

## II. PARTIES

16. Plaintiff Kel Mitchell began playing games on the Skillz platform in or around February 2020 and has continued to do so through the present. He began playing free "Z games" on the Skillz platform, and won almost all the games he played against what appeared to be other players. His success in the "Z games" led him to deposit his own money and begin playing in cash competitions. He primarily played Solitaire Cube but also played other games on the Skillz platform

[3] This case involves consumer protection claims against Skillz for fundamentally misrepresenting the nature of its products in a years-long campaign of deception, thus it is categorically different from the business-to-business false advertising dispute that Papaya Gaming, Ltd. – a direct competitor of Skillz – pursued in the Southern District of New York. *See Skillz Platform Inc. v. Papaya Gaming, Ltd.*, No. 24CV1646 (DLC). Papaya's counterclaims in that case: (i) involved a Lanham Act claim against a competitor, not consumers; (ii) made no finding that Skillz's players are always evenly matched against equally skilled opponents; and (iii) were only dismissed because of Papaya's failure to show damages.

including Yatzy Royale, Bubble Cube 2, 21 Blitz and Freecell Solitaire Cube. He has lost over one thousand dollars playing in cash competitions on the Skillz platform. He has resided in the San Francisco Bay Area, California at all relevant times.

17. Mitchell began playing Skillz games specifically because he wanted to compete in games of skill against real people and win money in the process. He is a longtime Solitaire player who had grown bored of playing against computerized bots and he understood, from a pop-up Skillz ad that he saw, that Skillz offered head-to-head competition against real human players. He recalls seeing a Skillz ad stating, in substance, "Play against people; win cash" and remembers seeing other Skillz ads on social media similarly conveying that Skillz offered competitive play against real people. Those representations led him to believe that Skillz offered genuine human competition, which is why he chose to play Skillz games over the games he had been playing against a computer.

18. Mitchell also read the language of the "Committed to Fair Play" badge including "Match with real players of equal skill" and "Compete for real, no bots guaranteed!" since the badge started appearing on his load screen each and every time he launched a Skillz-powered game.

19. The badge's representations mattered to Mitchell. Playing against real human opponents of comparable skill was the reason he chose to play games on Skillz' platform and the badge reassured him that this was the case. He would not have played Skillz-powered games and would not have deposited money or paid entry fees for cash competitions had he known that Skillz was engineering him to lose by allowing bot-related play or matching him up against professional opponents of substantially unequal skill as him.

20. Plaintiff Giovanni Garza began playing the Dominoes Gold game on the Skillz platform in or around November 2022.[4] After playing free "Z games" he eventually participated in cash matches and lost the approximately $25 that he deposited. He has resided in San Antonio,

[4] The November 2022 App Store description of the Dominoes Gold game stated "Challenge your opponent by playing identical games versus the computer. See who can defeat it by more. The winner earns real prizes!" It also stated "Compare your score against real dominoes players. Whoever has the highest score wins real world prizes!" *See* https://web.archive.org/web/20221102152053/https://apps.apple.com/us/app/dominoes-gold-win-real-money/id1232080731.

Texas at all relevant times.

21. Garza learned of Skillz from an online ad and began playing the Dominoes Gold game shortly thereafter. He played because he wanted to win money and believed that it was fair and skill-based.

22. Garza read the words of the "Committed to Fair Play" badge including "Match with real players of equal skill" and "Compete for real, no bots guaranteed!" which began appearing on his load screen in or around March 2024.

23. Reading the badge affected Garza's decision to play and deposit his own money. The badge made him believe that Skillz was reaffirming that its platform was fair and did not allow bots, in contrast to the public reports that games on the Skillz platform were not fair. The badge played a significant role in his decision to continue playing the Dominoes Gold game and to deposit his own money in cash competitions, which only began on or about August 30, 2024. He believed that the Skillz games depended on skill rather than chance. He would not have deposited money or played in cash competitions had he known that he might be matched against much better players or face bot-related play.

24. Plaintiff Amy Masiker began playing games on the Skillz platform in or around August 2021 and continued playing into 2026. She began playing free "Z games" but soon started playing cash games. She primarily played Solitaire Cube and Yatzy Royale, among other games. She deposited approximately $7,782 into the Skillz platform and has lost almost all of that money. She has resided in Fredonia, New York at all relevant times.

25. Masiker found Skillz while looking through a list of applications through which she could earn money. She chose to play Skillz-powered games because Skillz was touted as a way to win real money and because Skillz had a large number of downloads and strong ratings in her online search results, which she understood to indicate that other players had found the platform legitimate and not a scam. She also recalls the Samsung Galaxy Store description stating that players could make real money playing Skillz-powered games.

26. When Masiker first began playing, Skillz displayed a pop-up statement that appeared on the load screen representing that players are matched with other players of similar skill level. She read this statement and understood it to mean that she would be matched against comparable real-life opponents.

27. Later, when the "Committed to Fair Play" badge began appearing, Masiker read the wording included in the badge: "Match with real players of equal skill" and "Compete for real, no bots guaranteed!" She first saw the badge in the Skillz application load screen. When she read it, she understood Skillz to be acknowledging the problem of potential unfairness on its platform and explicitly representing that it was taking fairness and equally matched opponents seriously.

28. The badge caused Masiker to continue playing games on the Skillz platform and continue depositing money because she believed that the games would be even more fair going forward and that she would be able to win.

29. Masiker also saw the "Committed to Fair Play" badge on Skillz's Facebook page, on its website, and on a Skillz ad for one of its Bingo games which stated that players can cash out their tickets for amazing prizes.

30. Masiker took her playing seriously and joined multiple Skillz-related Facebook groups in an effort to hone her skills and win games because she believed the games were skill-based. In or around January 2022 she joined a group called "Skillz Promo Code"; in August of 2022 she joined "Skillz Pro Tips and Tricks"; and in September 2025 she joined "Skillz Players Official".

31. It was important to Masiker that games she played on the Skillz platform were against real people of equal skill. Had she known that she was being matched against much better players or bot-related play, she would not have deposited her own money and would not have played in cash competitions.

32. Plaintiffs and members of the Class and Subclasses played both "Z games" and cash matches on the Skillz platform during the applicable Class and Subclass Periods.

33. Skillz Platform, Inc. is one of the leading mobile gaming platforms and touts itself

as the "pioneers and leaders" of skill-based competition."[5] Skillz is incorporated in Delaware. From 2016 until mid-2023, Skillz's principal place of business was in San Francisco, California. Its current headquarters is located at 6625 Badura Avenue, Las Vegas, Nevada 89118. During the Class Period, Skillz maintained offices in California, including San Francisco, San Mateo, and Los Angeles, and continues to hire for California-based marketing and communications roles.

## III. JURISDICTION AND VENUE

34. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2) because the matter in controversy exceeds the value of $5,000,000, exclusive of interests and costs, and is a class action in which any member of a class of plaintiffs is a citizen of a State and any defendant is a citizen of another State. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, because Plaintiffs assert a claim under the federal civil RICO Act, 18 U.S.C. § 1961 *et seq.* and has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

35. This Court has personal jurisdiction over Skillz with respect to all claims for the following independent reasons:

(i) Skillz purposefully availed itself of the privilege of conducting activities in the States of Texas, California and New York, including activities occurring in or aimed at these states, by maintaining an interactive commercial website and online games accessible to consumers in these and other states throughout the United States, marketing its products and games in these states, and employing agents, employees and/or vendors in these states and transacting business within these states;

(ii) Upon information and belief, the multi-year deceptive campaign that injured all Plaintiffs – including out-of-state residents Garza and Masiker – was conceived, designed, and executed while Skillz still had its headquarters in California and was domiciled there. Many of the marketing decisions, product policy, and consumer-facing communications strategy at issue in this action were devised and executed from California, while Skillz was a California-based company.

[5] *Founded on Fairness*, Skillz, https://www.skillz.com/fairness/ (last visited Aug. 20, 2026).

The algorithms governing matchmaking and withdrawal processing were designed and maintained by California-based engineers and product managers. The deceptive content that California-based employees directed into interstate commerce – social media posts, website updates, app store listings, in-app messages – injured consumers in California, Texas, New York, and other states in the U.S. Thus, upon information and belief, Skillz's California-based conduct gave rise to the claims of all Plaintiffs.

(iii) Despite relocating its headquarters to Nevada in 2023, Skillz still has California offices and continues to maintain employees in California in various roles including marketing. Skillz's ongoing California-based commercial activities, including marketing directed at California residents and deployed nationally by California employees, subject it to personal jurisdiction in this Court.

36. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and 18 U.S.C. § 1965(a) because Skillz has conducted and continues to conduct business in this District, transacted business aimed at this District, including by making the games on its platform accessible in this District, and key aspects of the RICO enterprise were directed from this District during a material portion of the Class Period. Plaintiff Mitchell resides in this District and was injured in this District. Other members of the California Subclasses have also been harmed in this District.

## IV. <u>FACTUAL ALLEGATIONS</u>

### A. Skillz Offers Head-to-Head Mobile Gaming With Cash Prizes

37. Skillz develops and markets software that hosts and supports head-to-head play in mobile games created by third-party developers, including games that require cash entries and permit players to win cash prizes.

38. Skillz's games are available for download on the Apple iOS App Store and the Samsung Galaxy Store.

39. Skillz represents that its cash competitions are available to "all players over the age

of 18 in areas of the world where cash gameplay is enabled."[6] Skillz's website also notes that cash games on its platform are available in California, Texas, New York and many other states.[7]

40. In cash games on Skillz's platform, Skillz collects entry fees from competing players and controls the electronic transfer of cash prize payments to winning players. Cash prizes are funded by the entry fees of players competing in each game or tournament, with Skillz collecting a fee—or, in gaming terminology, a "rake"—for administering the game or tournament.

41. Skillz claims to match players together based on their ability level and game history.

**B. The Real-Money Skill-Based Games Market**

42. Skillz operates in the market for real-money skill-based games where outcomes are determined by a player's skill rather than luck or chance. This market includes companies such as MaxDuel, Skillz, Papaya Gaming and AviaGames and offer games such as Solitaire Cash, 21 Blitz, Dunk Shot, among many others. Top skill game platforms offer features that keep players challenged and engaged including (i) competitive head-to-head play; (ii) leaderboards and progress tracking; and (iii) social sharing options.

43. Real money skill games are fundamentally different than casino gambling. In casino games such as roulette and slots, outcomes are governed by random number generators or physical randomness, and a player exercises no meaningful control over whether he or she wins. In contrast, the outcomes in skill-based games turn on a player's logic, memory, speed, reaction time, accuracy and decision-making. A player who practices and plays better than his or her opponent will win.[8]

44. This is precisely how Skillz markets itself: as the "pioneers and leaders" of skill-based competition.[9] In fact, Skillz is only allowed to operate in California, New York and Texas—

---

[6] *What Is Skillz?,* Skillz, https://support.skillz.com/hc/en-us/articles/203748889-What-is-Skillz (last updated Apr. 17, 2025).

[7] *Who is eligible to compete in Skillz competitions?*, Skillz, https://support.skillz.com/hc/en-us/articles/203685899-Who-is-eligible-to-compete-in-Skillz-competitions (last updated Aug. 23, 2025).

[8] Jeanette Garcia, *Popular Skill Games & Apps That Pay Real Money in 2026*, Bonus.com, https://www.bonus.com/money-skill-games/ (last updated Jul. 27, 2026).

[9] *Founded on Fairness*, https://www.skillz.com/fairness/ (last visited Aug. 20, 2026).

where Plaintiffs Mitchell, Masiker and Garza reside—because it purports to be a skill-based platform, and not gambling.[10]

45. Thus, Class Members, including Plaintiffs, are drawn to skill-based games because they want to compete using their skills, not to gamble based on chance. Consumers who just want to gamble have a host of real money casino apps they can download such as BetMGM Casino, FanDuel Casino and DraftKings Casino.

### C. Skillz's Business and Financial Condition Have Been Deteriorating

46. In recent years, Skillz has had significant corporate, financial, and operational issues that led to the deterioration of its business and the need to shore up its bottom line.

47. Most notably, Skillz has been operating at a loss for years. In 2022, Skillz reported a net loss of $438.9M,[11] in 2023 a net loss of $106.7M,[12] in 2024 a net loss of $48.2M,[13] and for 2025, has so far reported over $40M in losses.[14]

48. Skillz's revenue has also continued to decline, causing it to repeatedly miss sales targets.[15] From 2021 to 2022, Skillz experienced a 29% year-over-year ("YOY") revenue decline.

---

[10] Mike Epifani, *Legal Online Casinos in the US – What Can You Play in Your State?*, Bonus.com, https://www.bonus.com/online-casinos/legal/ (last updated June 15, 2026) (online casinos are banned in California, New York and Texas).

[11] Skillz Inc., *Skillz Announces Q4 2022 and Fiscal Year 2022 Results*, Skillz (Mar. 30, 2023), https://investors.skillz.com/news/news-details/2023/Skillz-Announces-Q4-2022-and-Fiscal-Year-2022-Results/default.aspx.

[12] Skillz Inc., *Skillz Reports 2023 Fourth Quarter and Full Year 2023 Results*, Skillz (Mar. 14, 2024), https://investors.skillz.com/news/news-details/2024/Skillz-Reports-2023-Fourth-Quarter-and-Full-Year-2023-Results/default.aspx.

[13] Skillz Inc., *Skillz Reports 2024 Fourth Quarter and Full Year 2024 Results*, Skillz (Mar. 13, 2025), https://investors.skillz.com/news/news-details/2025/Skillz-Reports-2024-Fourth-Quarter-and-Full-Year-2024-Results/default.aspx.

[14] Skillz Inc., *Skillz Announces Preliminary First Quarter 2025 Results*, Skillz (May 8, 2025), https://investors.skillz.com/news/news-details/2025/Skillz-Announces-Preliminary-First-Quarter-2025-Results/default.aspx; Skillz Inc., *Skillz Announces Preliminary Second Quarter 2025 Results*, Skillz (Aug. 7, 2025), https://investors.skillz.com/news/news-details/2025/Skillz-Announces-Preliminary-Second-Quarter-2025-Results/default.aspx; Skillz Inc., *Skillz Announces Preliminary Third Quarter 2025 Results*, Skillz (Nov. 6, 2025), https://investors.skillz.com/news/news-details/2025/Skillz-Announces-Preliminary-Third-Quarter-2025-Results/default.aspx.

[15] StockStory, *Skillz (NYSE: SKLZ) Misses Q1 Sales Targets*, Yahoo Finance (May 9, 2024), https://finance.yahoo.com/news/skillz-nyse-sklz-misses-q1-201953837.html.

Similarly, Skillz's YOY revenue fell from $44.4M in the first quarter of 2023[16] to only $25.2M in 2024.[17] Its second quarter 2004 sales were even worse – 37% lower than in 223.

49. Skillz has lost nearly half of the average monthly paying users active on its platform in the same time span.

50. In July 2024, Moody's Investor Service withdrew all credit ratings of Skillz, affecting $130M in outstanding debt.[18]

51. Skillz has also struggled to timely submit its required regulatory filings with the U.S. Securities and Exchange Commission ("SEC"). Specifically, Skillz submitted notices indicating that it was unable to file its 2023 Form 10-K within the statutorily required period as well as its first quarter 2024 Form 10-Q, because it needed more time to complete the necessary financial audits.

52. Skillz has had trouble retaining executive talent too. In August 2024, Skillz's co-founder Casey Chafkin abruptly stepped down from his position as Chief Strategy Officer. And Skillz's last three Chief Financial Officers left shortly after assuming their role, with an average tenure of a little over a year.[19] Skillz's current CFO, Gaetano Franceschi—its fourth in four years—is leaving this October.[20]

---

[16] Skillz Inc., *Skillz Announces First Quarter 2023 Results*, Skillz (May 9, 2023), https://investors.skillz.com/news/news-details/2023/Skillz-Announces-First-Quarter-2023-Results/

[17] Skillz Inc., *Skillz Announces First Quarter 2024 Results*, Skillz (May 9, 2024), https://investors.skillz.com/news/news-details/2024/Skillz-Announces-First-Quarter-2024-Results/.

[18] *Moody's Ratings Withdraws Skillz's Ratings*, Moody's Ratings (July 1, 2024), https://ratings.moodys.com/ratings-news/424237.

[19] Skillz Inc., *Current Report (Form 8-K)* (May 5, 2021), Skillz Inc., https://www.sec.gov/Archives/edgar/data/1801661/000162828022018298/skillzincearnings_fy22q111.htm; Skillz Inc., *Current Report (Form 8-K)* (June 30, 2022), https://www.sec.gov/Archives/edgar/data/1801661/000162828022018298/skillzincearnings_fy22q111.htm; Skillz Inc., *Current Report (Form 8-K)* (Jan. 8, 2024), https://www.sec.gov/Archives/edgar/data/1801661/000180166124000006/sklz-20240108.htm; Skillz Inc., *Current Report (Form 8-K)* (June 30, 2022), https://www.sec.gov/Archives/edgar/data/1801661/000162828022018298/skillzincearnings_fy22q111.htm.

[20] *Skillz Extends CFO Gaetano Franceschi's Tenure Through October 2026*, Investing.com (Mar. 23, 2026), https://ph.investing.com/news/sec-filings/skillz-extends-cfo-gaetano-franceschis-tenure-through-october-2026-93CH-2298574.

53. As further evidence of its financial distress, Skillz has been replacing its auditors regularly, terminating EY in 2023[21] and Grant Thornton in 2025 in favor of Deloitte.[22] To explain the most recent auditor change, Skillz described ongoing "material weaknesses in internal control over financial reporting" relating to risk assessment, information technology general controls, and design and documentation of key financial reporting and complex accounting processes.[23]

54. Lastly, Skillz and its senior executives are facing significant exposure from, among other legal issues, a shareholder derivative action filed in Delaware state court: *Hanna v. Paradise*, No. 2024-0228 (Del. Ch. filed Mar. 8, 2024). The plaintiffs there allege that former and current Skillz executives manipulated the disclosure of material nonpublic information to maximize their profit from sales of Skillz stock at the expense of the Company and other stockholders.

### D. Skillz Deceivingly Claimed That Every Game On the Skillz Platform Is Evenly Matched, With a Fair and Real Chance To Win, and Entirely Bot-Free

#### 1. Skillz's Multi-Year, Multi-Channel False Marketing Campaign

55. Skillz's entire brand was built on a commitment to fairness. The central, but patently false, message of Skillz's marketing to consumers is that its platform and matchmaking technology are inherently more "fair" and trustworthy than those of other mobile gaming companies. Skillz did not trumpet the superior quality, particular innovation or entertainment value of the games hosted on its platform, relative to its competitors. Instead, Skillz staked out a claim of being the only option for consumers seeking fair, skill-based, evenly matched, and bot-free games. That is a lie.

56. The cornerstone of Skillz's campaign was an in-app badge that appeared and

---

[21] *Skillz Inc.: Changes in Registrant's Certifying Accountant, Other Events, Financial Statements and Exhibits (Form 8-K)*, MarketScreener (Jun. 16, 2023), https://www.marketscreener.com/quote/stock/SKILLZ-INC-105997961/news/SKILLZ-INC-Changes-in-Registrant-s-Certifying-Accountant-Other-Events-Financial-Statements-and-44133724/#:~:text=(a)(1)%20Effective%20June,the%20Company%20for%20such%20years.

[22] Skillz Inc., *Form 8-K/A (Amended Current Report)* (Dec. 18, 2025) https://investors.skillz.com/financials/sec-filings/sec-filings-details/default.aspx?FilingId=19004946.

[23] *Skillz (NYSE: SKLZ) Appoints Deloitte as Auditor Amid Control Weaknesses*, StockTitan (Dec. 18, 2025), https://www.stocktitan.net/sec-filings/SKLZ/8-k-a-skillz-inc-amends-material-event-report-27ffe0cc7472.html.

continues to appear in front of every single player, every time they launch a Skillz-powered application. There was no opt-out, no alternative version, and no disclaimer. These material representations were not subject to individual variation.

57. The badge displayed a blue shield bearing the words "COMMITTED TO FAIR PLAY" and the Skillz logo, accompanied by three bullet points: "Match with **real players** of equal skill," "Win **real cash prizes** with easy withdrawals," and "Compete for real, **no bots** guaranteed!" This constitutes a recurring, uniform pre-game promise made directly to every player, including all Plaintiffs and all Class members. On information and belief, this badge has been displayed in substantially its current form since at least the beginning of 2024.




58. Along with thousands of other players, Plaintiffs each read the wording displayed under the badge which reassured them that the games on Skillz's platform were fair and equally matched and relied on these representations when deciding to deposit money into the platform.

59. Archived versions of Skillz's website confirm that it has been making statements about fair play, even matches, and no bot use for years, which were a core part of Skillz's longstanding and continuous marketing campaign to induce consumers to play games on its platform. For instance, from early 2023, Skillz's "About Us" page on its website stated that its platform is "anchored in fairness" and "you play with real people, based on your skill level."[24] And from mid-2022, Skillz's website stated that players "don't have to worry that [they'll] be matched

[24] *About Us*, Skillz, https://web.archive.org/web/20230402060129/https://www.skillz.com/about-us/ (archived Apr. 2, 2023).

with someone who would normally be above [their] skill band."[25]

60. A paradigmatic example of Skillz's consumer-facing marketing is its October 31, 2023 social media post styled as a statement "[t]o our player community." In that statement, Skillz asserted its "unwavering commitment" to "fairness," and made a "solemn promise that Skillz will NEVER EVER employ bots." The post added that "we make it our steadfast mission to guarantee that every match you engage in is a true reflection of your skill level." The full post appears below.


Skillz
October 31, 2023 ·

To our player community:
At Skillz, there is an unwavering commitment that we hold close to our hearts: the unwavering assurance of fairness. This principle guides us in all that we do, and it is our solemn promise that Skillz will NEVER EVER employ bots. Moreover, we make it our steadfast mission to guarantee that every match you engage in is a true reflection of your skill level.

Our promise to you extends beyond the boundaries of Skillz. We are dedicated to ensuring that any game you choose to play, even beyond our platform, is free from bots. This commitment is rooted in our belief that every player deserves a level playing field, regardless of where they choose to showcase their skills. For this reason, we are fighting for fairness with our gaming companies that may not hold the same values as we do: https://www.dailymail.co.uk/.../AviaGames-bots-scam...

Thank you for being an integral part of our community. #NoBots



[25] *How Does Skillz Player Matching Work?*, Skillz Support, https://web.archive.org/web/20220625171440/https://skillz.zendesk.com/hc/en-us/articles/211525983-How-does-Skillz-player-matching-work-.

61. The messaging that the Skillz platform is promised to be absolutely bot-free, and to feature only matches between players at the same skill level, is repeated throughout Skillz's marketing, both to players and investors alike.

62. As an example, Skillz posted on its website a "letter to our community" from Andrew Paradise titled "Founded on Fairness." That letter stakes out a purported "commitment to fairness on our platform" and to "restor[ing] competitive gameplay," and accuses "[a]n increasing number of" other mobile games—but not Skillz itself—of allowing bots.[26]

63. In the letter, Skillz asserts its "commit[ment] to rooting out and eradicating cheaters, bad players, and bots," and confirms players of Skillz-platform games "can be sure we will continue to: employ proprietary technology to ensure fair matching . . . and only match you against real human opponents of equal skill. No unfair bots, not ever." *Id.* It adds that "[w]hen you play a Skillz-powered game, you can be sure the competition is real, and so are your chances of winning." *Id.*

64. Similar representations promising an all-encompassing commitment to fairness, to have its technology universally match players of even skill levels and ensure "fair" and "real" chances to win every game, and to guarantee the complete absence of bots, are prominently featured on various other pages on Skillz's website. For example:

- Skillz states on its FAQ page that "Every Skillz tournament is between real players. Never bots," "[w]hen you play Skillz-powered games [*i.e.*, games on the Skillz platform], you are matched with real players at your skill level," and "Skillz uses proprietary technology to pair players with similar skill levels, **ensuring that every game is evenly matched and every player has a fair chance to win**."[27]

---

[26] *Founded on Fairness*, Skillz, https://www.skillz.com/fairness/ (last visited Aug. 20, 2026).

[27] *The Home of Competition*, Skillz, https://www.skillz.com/page/3/ (last visited Aug. 20, 2026) (emphasis added).

## Frequently Asked Questions

### What is Skillz?

Skillz is the leading mobile gaming platform that connects players and developers through fun, fair competition. Skillz provides the opportunity for casual gamers to turn their skills into real money and prizes.

### How do I know the competition is fair?

Skillz uses proprietary technology to pair players with similar skill levels, ensuring that every game is evenly matched and every player has a fair chance to win.

- That same page includes a graphic concerning "Fairness for All" that once again touts how Skillz's technology "ensures evenly matched play:" *Id.*




- Skillz's Player FAQ webpage further claims that Skillz "take[s] player matching and fairness very seriously," and informs players that because Skillz's algorithms match players "based on ability level and game history . . . before a game is played," players "**don't have to worry that [they'll] be matched with someone who would normally be above [their] skill band**."[28] The same page also describes and includes examples of the games on the Skillz platform where human players play at separate times, but nowhere on the page are computerized opponents mentioned. *Id.*

[28] *How does Skillz player matching work?,* Skillz, https://support.skillz.com/hc/en-us/articles/211525983-How-does-Skillz-player-matching-work (last visited Aug. 21, 2026) (emphasis added).

> **How does Skillz player matching work?**
>
> November 04, 2023 08:23
>
> Follow
>
> At Skillz, we take player matching and fairness very seriously. Because of this, we structure our matching in a very specific way.
>
> Skillz uses algorithms to match players based on ability level and game history to make sure that every tournament is fair. Currently, most matching is done asynchronously. In asynchronous games,
>
> * * * *
>
> We will never match two games that have already finished and have a score, since a player's skill level is always assessed *before* a game is played. This means that if you do extra well on a particular game, you don't have to worry that you'll be matched with someone who would normally be above your skill band.

- Skillz's website features a graphic which prominently states: "Only Real People, No Unfair Bots Here."[29]




- On its "About Us" page, Skillz represents that in Skillz-platform games, "you play with real people, based on your skill level, and win real-world prizes."[30]




[29] Players, Skillz, https://www.skillz.com/players/ (last visited Aug. 20, 2026).

[30] About Us, Skillz, https://www.skillz.com/about-us/ (last visited Aug. 20, 2026).

65. Skillz makes similar statements on social media. Skillz claims on X (formerly Twitter), for example, that it "fight[s] for fairness" and "**ha[s] never and will never use bots to defraud consumers**."[31]




66. Skillz also represents that players will face only real opponents, and never bots, in advertising for the individual games playable on its platform and in those applications themselves.

67. For example, Skillz's webpage has listed "5-Hand Poker," developed by Foxpaint AB, as Skillz's "Featured Game." The listing for 5-Hand Poker on the Apple App Store represents that players will "[f]ace off against real opponents."[32]

68. In sum, Skillz's long-standing message to consumers is clear: Skillz players will never encounter unfair matches or bot-related play and will always have a fair and real chance to win. These were the factors that Skillz advertised to differentiate itself from its competitors; not the superior quality, particular innovation, or entertainment value of the games hosted on its platform.

2. Skillz Has Publicly Touted to Investors and Advertised to Consumers that Its Platform Ensures Fair, Skill-Based Player Matching and Fraud Prevention.

69. Skillz's false promises of fairness and even matchmaking were not limited to its consumer-facing ads. Skillz made substantially identical representations in its SEC filings and other public statements to investors. These filings demonstrate that the fairness narrative was not merely an advertising slogan—it was the central claim upon which Skillz's entire business model was publicly predicated.

[31] Skillz (@skillz), X (Aug. 16, 2024), https://x.com/skillz/status/1824503590712717624 (emphasis added).

[32] Foxpaint AB, *5-Hand Poker: Skillz® Real Money Card Game, App Store*, *https://apps.apple.com/us/app/5-hand-poker/id6461255719* (last visited Aug. 20, 2026).

70. As early as September 2020, in connection with its SPAC merger registration, Skillz represented to the SEC and the public that it was "a technology company that enables game developers to monetize their content through fun and fair multi-player competition."[33] Skillz further represented that its "brand is synonymous with trust and fairness" which it expects "will help [it] attract new users and developers."[34]

71. Skillz further represented that its proprietary data science technologies included "anti-cheat, anti-fraud, player rating and matching and segmentation engine," and the "[s]trong anti-cheat and anti-fraud protections are among the most critical elements to foster a healthy competitive ecosystem because they maintain the trust and fairness of the user experience."[35]

72. Skillz repeated such representations in its annual reports filed with the SEC every year. For instance, in its FY2020 Annual Report (Form 10-K/A), filed May 13, 2021, Skillz described its data science technologies as providing "anti-cheat, anti-fraud, player rating and matching and segmentation engine," and that it ensures "[f]air play in each tournament via the Skillz suite of fairness tools, including skill-based player matching and fraud monitoring."[36] Skillz also stated that its platform facilitates "matching players of similar skill levels"[37] and that it "investigates anomalous scoring patterns and user reports of cheating[.]"[38]

73. Skillz's FY2021 Annual Report (Form 10-K), filed March 1, 2022,[39] and FY2022 Annual Report (Form 10-K), filed on March 31, 2023, repeated the same material representations.[40]

---

[33] *See* Flying Eagle Acquisition Corp., Registration Statement (Form S-4), at 18, 23 (Sept. 4, 2020), https://www.sec.gov/Archives/edgar/data/1801661/000110465920102751/tm2030148-1_s4.htm.

[34] *Id.* at 168.

[35] *Id.* at 163.

[36] *See* Skillz Inc., Annual Report (Form 10-K/A), at 7, 44 (May 13, 2021), https://www.sec.gov/Archives/edgar/data/1801661/000162828021010194/sklz-20201231.htm.

[37] *Id.* at 64.

[38] *Id.* at 10.

[39] *See* Skillz Inc., Annual Report (Form 10-K), at 5, 40-41, 64, (Mar. 1, 2022), https://www.sec.gov/Archives/edgar/data/1801661/000162828022004552/sklz-20211231.htm.

[40] *See* Skillz Inc., Annual Report (Form 10-K), at 6, 46, 56, 72 (Mar. 31, 2023), https://www.sec.gov/Archives/edgar/data/1801661/000180166123000005/sklz-20221231.htm.

74. CEO Andrew Paradise has personally made similar statements regarding the supposed fairness, absence of bots, and matchmaking on the Skillz platform.

75. For instance, on Skillz's Q2 2023 earnings call, Paradise asserted that "[t]he Skillz platform has never used bots and never will," and stated that Skillz's "proprietary platform provides certainty that every player is fairly matched against another real player."[41]

76. Similarly, Paradise has stated that Skillz "ensure[s] fairness is everywhere" and that "You always play humans when you play on Skillz."[42]

77. The foregoing SEC filings and investor disclosures demonstrate that Skillz's representations about fair play, skill-based matching, and fraud prevention were not just advertising claims but material representations meant to build and establish its reputation. But they were false. The gap between what Skillz told investors it was doing to prop up its stock price and what it was actually doing underscores the willful and systemic nature of its deception of consumers.

78. Skillz's ads to consumers were no better. For instance, in December 2020, Skillz released a video ad on Facebook, Twitter and YouTube featuring players who had purportedly won thousands of dollars playing Skillz-powered games, claiming the games changed their lives. The ad claimed that Skillz "matche[s] players based on skill level, making things 100% fair." Towards the end of the 30-second ad, a large "100% FAIR" displayed across the screen.[43]

---

[41] Insider Monkey Transcripts, *Skillz Inc. (NYSE:SKLZ) Q2 2023 Earnings Call Transcript*, Yahoo Finance (Aug. 4, 2023), https://finance.yahoo.com/news/skillz-inc-nyse-sklz-q2-140838963.html. (emphasis added).

[42] *Id.* (emphasis added); Insider Monkey Transcripts, *Skillz Inc.* (NYSE:SKLZ) Q3 2023 Earnings Call Transcript, Yahoo Finance (Nov. 8, 2023), https://finance.yahoo.com/news/skillz-inc-nyse-sklz-q3-171911754.html (emphasis added).

[43] *Skillz TV Spot, "Turned Mobile Gaming Into Cash,"* iSpot (Dec. 12, 2020), https://www.ispot.tv/ad/tD6p/skillz-turned-mobile-gaming-into-cash.




79. Similarly, Skillz released an ad in January 2021 on Facebook, Twitter and YouTube titled "Competitive Edge." In the ad the narrator reassures the audience: "Afraid of being mismatched? Don't be. We match players based on skill level." At the same time, the screen displays two phones side-by-side being matched based on the same "Level 10."[44]




80. Another ad from December 2020 features a player that says she began playing games on the Skillz platform when she saw "an ad for Skillz that you can play real money against real people" and that Skillz is "completely legitimate."[45]

81. In a video ad from September 2020 titled "Armchair Quarterbacks," Skillz presented itself as the "hottest new gaming platform" where "unsung heroes compete for real world prizes" while featuring a split-screen of two men ostensibly playing against each other with one of them

---

[44] *Skillz TV Spot, "Competitive Edge,"* iSpot, (Jan. 19, 2021), https://www.ispot.tv/ad/t_NO/skillz-competitive-edge

[45] *Skillz TV Spot, "This Mom Won $6,000 Playing Solitaire Cube on Her Phone: Double Winnings,"* iSpot (Dec. 31, 2020), https://www.ispot.tv/ad/tNkt/skillz-this-mom-won-6000-playing-solitaire-cube-on-her-phone.

winning and the other losing.[46]

82. In another Skillz ad from July 2020, Skillz promises $50,000 in free prizes, urges consumers to download Skillz and "play games for free," and claims that they can "climb to the top of the leaderboard" and that "it won't cost you a penny."[47]

83. A Skillz ad titled "Competition is Everything," portrayed Skillz as a platform where "real champions are competing in real time for real money." The narrator then says "download and master the games for free, then when you are ready play for cash and prizes."[48]

84. Skillz's consistent message throughout these ads was that it was a fair, skill-based gaming platform in which real players are evenly matched against one another to compete for real cash and that you can begin playing for free.

3. Skillz Does Not Provide A Fair And Real Chance To Win At Every Game And Its Platform Is Not Bot-Free.

85. Unbeknownst to the public, and notwithstanding its stated reliance on its "proprietary technology" and various "promises" about its games, Skillz has intentionally controlled outcomes of games played on its platform by unevenly matching players in order to induce wins or losses at its discretion and control.

86. Internally at Skillz, such adjustments were sometimes referred to as "determined outcome[s]," "hard win(s)" and "hard loss(es)." "Determined outcome[s]," and "hard" wins and losses refer to instances where players are matched against opponents of such unequal skill in a way that virtually ensured that the better player would win and the worse player would lose.

87. Skillz has utilized several undisclosed matchmaking tools including: (i) Determined Outcome Matcher ("DOM"), which "occurs when [a] user's win rate is out of band"; (ii) skill band expansion, in which the pool of eligible opponents widened over time to include players of

[46] *Skillz TV Spot, "Armchair Quarterbacks,"* iSpot (Sept. 3, 2020), https://www.ispot.tv/ad/n8RS/skillz-armchair-quarterbacks.

[47] *Skillz Summer Escape TV Spot, "Climb to the Top,"* iSpot (July 17, 2020), https://www.ispot.tv/ad/nzOa/skillz-summer-escape-climb-to-the-top.

[48] *Skillz TV Spot, "Competition is Everything,"* iSpot (July 15, 2020), https://www.ispot.tv/ad/nNgq/skillz-competition-is-everything.

substantially different skill levels, with no disclosure to the player waiting for a match; (iii) periodic ratings resets, including a platform-wide reset of all player ratings in January 2024 (reversed by April 2024), which temporarily disrupted any meaningful skill-based matching; and (iv) periodic adjustments to individual player ratings.[49]

88. The harm from Skillz's matchmaking deceptions was not limited to specific players on specific occasions. Because Skillz's matching algorithm was applied uniformly across all platforms and games—processing every player, every session, through the same automated system—the distortion was systematic and class-wide. Every player who was matched through Skillz's algorithm was processed by a system that it represented was "proprietary technology" ensuring fair matches, while in reality it was manipulating match outcomes.

89. By stating that every player had a fair and real chance to win—when they did not—and by claiming every game was evenly matched—when they were not—Skillz intentionally misrepresented the games on its platform and deceived consumers. Players who understood they would face deliberately mismatched opponents, or that Skillz would force losses when they won too much, would not have deposited money or continued playing.

90. Skillz's categorical "NEVER EVER" bots messaging to consumers playing games on Skillz's platform is simply not true. Its own online Developer Documentation—directed at game developers who seek to host games on the Skillz platform, and distinct from the public-facing marketing promising no bots "ever"—sets forth parameters for developers "utilizing bots in gameplay," and expressly permits "integrating bots into your gameplay experience."[50]

---

[49] *See Skillz Platform Inc. v. Papaya Gaming, Ltd.*, No. 24CV1646 (DLC), 2025 WL 3268799 (S.D.N.Y. Nov. 21, 2025).

[50] *See Skillz Random and Fairness*, Skillz, https://docs.skillz.com/docs/randomness (last visited Aug. 20, 2026).




91. The Developer Documentation further provides that bots are permitted "to deliver consistent experiences" and/or for a certain number of "tournaments a player goes through after a new install." *Id.*

92. Skillz's express approval and encouragement of bot use directly conflicts with the categorical "never bots" pledge that it repeatedly touts to players.

93. Skillz has admitted that its platform is not actually bot-free. Unable to deny bot usage on its platform, Skillz has merely sought to limit its relevance or significance, albeit through inconsistent and suspicious messaging that further reveals how Skillz is anything but the fully transparent gaming Company it claims to be.

94. For example, in legal filings in connection with *Skillz Platform Inc. v. Papaya Gaming, LTD.*, 1:24-cv-01646-DLC (SDNY), Skillz provided a carefully crafted statement that it "does not sponsor any bots in cash games on its platform"—a far narrower assertion than what it is telling the U.S. public in its advertising.

95. Skillz further modified its characterization of its bot usage, acknowledging bot usage in certain situations including in (1) non-cash games called "Z tournaments," and (2) cash games "when two human players compete against each other asynchronously"—something that is nowhere mentioned on its FAQ page purporting to explain the nature of player matching in "asynchronous" cash games. *Id.*[51]

96. Upon information and belief, even those further caveats are false. Based on its developer guidelines that expressly permit bot use in synchronous real cash games so long as (1)

[51] *See How does Skillz player matching work?,* Skillz, https://support.skillz.com/hc/enus/articles/211525983-How-does-Skillz-player-matching-work (last updated Dec. 2, 2025).

"there is no possibility that the bots may create an imbalance in difficulty or opportunity between the players" and (2) the bots (obviously) do not take home any of the cash prizes,[52] other Skillz games, including cash competitions, allow bots, too.

97. Whatever the true and complete scope of bots on Skillz's platform, this was starkly different than the assurances it made to consumers and players that the Skillz platform "never" (or "NEVER EVER") has included or will include bots.

98. Moreover, even if Skillz's active deployment of bots was solely limited to the non-cash, "Z tournament" context, in which players compete for Skillz's virtual currency (called "Zs"), that would not eliminate deception of, and harm to, consumers. Z tournaments are Skillz's primary onboarding mechanisms that were expressly designed as a gateway to cash competitions. As an example, one Skillz ad from July 2020 titled "Competition is Everything," encouraged consumers to "download and master the games for free, then when you are ready, play for cash and prizes."[53]

99. Upon information and belief, Skillz deliberately calibrated the bot opponents in Z tournaments to be easy to beat so as to give players an inflated sense of their own skill level to induce them into playing cash competitions.

100. For example, players who did not understand that their winning rate in non-cash games had been increased by wins against bots that were designed to lose, were lured into Skillz's platform and converted to playing cash games under false pretenses, with improperly inflated expectations about game availability and potential success when real money was on the line.

101. Plaintiff Mitchell is a direct example of this pattern. He began playing free Z-games on the Skillz app and won nearly all of his matches. Believing that his wins reflected real competitive skill against real opponents, he soon transitioned to cash competitions where he repeatedly found himself unable to win enough to recoup his deposits. He lost over one thousand dollars. Mitchell believes, and alleges on information and belief, that his early wins were at least

---

[52] *Randomness*, supra note 52.

[53] *Skillz TV Spot, "Competition is Everything,"* iSpot (July 15, 2020), https://www.ispot.tv/ad/nNgq/skillz-competition-is-everything.

partly engineered by Skillz's algorithm to induce continued and escalating cash play.

102. Plaintiffs Masiker and Garza similarly began playing free games before transitioning to cash competitions.

103. In addition to being undermined by Skillz's own bot-deploying and/or bot-approving practices, Skillz's unqualified statements that Skillz gamers will only face "real players" and "[n]ever bots" in Skillz-platform tournaments are problematic because Skillz is unwilling and/or unable to fully guarantee that third-party players and game developers are not employing bots on the Skillz platform.

104. Upon information and belief, Skillz's capabilities to prevent third-party bot usage are deficient, notwithstanding the Company's false promises regarding "state of the art security protocols" and "advanced quantitative analytics" that supposedly foreclose such cheating.[54]

105. Upon information and belief, because Skillz allows third-party game developers to employ certain kinds of bots, in certain circumstances and based on certain criteria, seemingly nothing but a manual review of all the code of all the games on its platform would confirm whether a particular bot is or isn't permitted. Upon information and belief, Skillz may have to actually see participants play the game in action and/or review the game's user data to definitively determine whether its bot usage complies with its bot policies. Upon information and belief, Skillz has not implemented any of these protocols to ensure compliance.

106. Third-party developers seeking to host games on Skillz are highly incentivized to incorporate bot opponents into their games to artificially increase active player metrics. This is because, prior to monetizing a third-party game on Skillz's platform, Skillz requires the developer to demonstrate that the game exceeds a minimum threshold of 100 active players. Using bots to enhance user experience by making "live" games more readily available, or artificially increasing a player's win-rate, would help third-party developers surpass that monetization threshold.

[54] *How Do I Know That My Opponent Isn't Cheating?*, Skillz https://support.skillz.com/hc/en-us/articles/203685859-How-do-I-know-that-my-opponent-isn-tcheating (last updated Mar. 4, 2017).

107. Moreover, Skillz has admitted, in its own financials, "material weaknesses in internal control over financial reporting" including information technology general controls in which Skillz did not maintain sufficient "program change management controls to ensure that information technology program and data changes affecting financial information technology applications and underlying records are identified, tested, authorized, and implemented appropriately" and "program operations controls[.]"[55] Thus, Skillz cannot even control its own practices, much less the many third-party developers of the games hosted on its platform.

108. Upon information and belief, Skillz does not adequately police or prevent the implementation of bots by third-party developers.

4. <u>Player Reviews and Complaints Further Evidence Skillz's False Promises Concerning Matchmaking and Bot Usage on Its Platform.</u>

109. Many Skillz players have shared their negative experiences playing these games, often referring to clear indicia that they were not fairly matched, including where their opponents could not have been human (despite Skillz's promises to the contrary).

110. Plaintiff Mitchell is a good example. Despite playing for a few years, he would sometimes play opponents who would get perfect scores—and outscore him by thousands of points. These experiences led him to believe he was competing against computer bots, not real people.

111. Similarly, Plaintiff Masiker believed there were unfair playing conditions because she would almost always lose, and the top "players" were always the same.

112. Further, many consumers complaining about Skillz-platform games point to statements by Skillz that misled them. For example:

- A Galaxy Store review of the Skillz-platform game Solitaire Cube states that the player was deceived and "robbe[d]" by Skillz because the game "pit[s] you against more advanced players though ads say that you are against players of the same level," "gives you deals that are impossible to win" and there are impossible matches against "bots for the app

---

[55] *Skillz (NYSE: SKLZ) Appoints Deloitte as Auditor,* supra note 25.

just so you lose and developers get your cash."[56]

> rach**
> ★☆☆☆☆ | 2022.11.10
> Don't waste your time or money! This app does nothing but pit you against more advanced players though ads say that you are against players of the same level. Then it gives you deals that are impossible to win. You only get 3 times through the draw cards before it starts taking points away from you. This app is nothing but highway robbery. I'm willing to bet those players are bots for the app just so you lose and developers get your cash. Luckily I only spent $5!

- A Samsung Store review of the Skillz-platform game Blackout Bingo states that the player believes Skillz's advertising is "deceptive" because of her experience playing against bots on its platform, and not "other people."[57]

> pink**
> ★☆☆☆☆ | 2023.08.29
> Seriously? How is this just not unregulated gambling? At least on other cash games you can win gems to try for cash prizes. Of course it takes a long time and you rarely win, but still... This is you HAVE to deposit your real cash to play cash games and MAYBE win.... and, are you really playing other people, or bots? And do you even win cash, or stupid prizes? Where is the "withdrawl" feature?? Hard pass, deceptive advertising.

- Another Blackout Bingo player states that the game "100% feels like a scam" and that "the longer you play the harder the bots get," preventing players from continuing to earn prize money after a certain number of games. *Id.*

> kayl**
> ★☆☆☆☆ | 2023.06.06
> This game 100% feels like a scam. They send you checks in the mail according to the cash out page, and the longer you play the harder the bots get and you can no longer make any money, only lose money. Save yourself and go to a casino or something instead. This is not a good app unless you have money to waste and get nothing back.

---

[56] *"Solitaire Cube: Classic Card Game"* Galaxy Store, https://galaxystore.samsung.com/detail/com.tetherstudios.solitaire.klondike?langCd=en (Jan. 21, 2026).

[57] "Blackout Bingo – Real Cash Prizes Smash Hit" Galaxy Store, https://galaxystore.samsung.com/geardetail/com.bigrunstudios.blackoutblitz (Jan. 21, 2026).

- Another reviewer of Blackout Bingo states that "when you first start playing you will win pretty often," but eventually will begin "playing bots and not real people . . . or people who are connected to [Skillz] so they don't ever lose money." *Id.* This player also writes how he began playing the free games on the Skillz platform and then transitioned to playing cash matches after winning "pretty often"—demonstrating that the Skillz's free games are a "gateway drug" to its cash matches.

> dark**
>
> ★★★★★ | 2022.03.20
>
> Literally rigged. Of course when they say you can win real money you expect a certain level of BS but this game takes the cake. First, the promo code for free money on your first deposit doesn't work. Always says invalid. Second the game is literally rigged. I've been playing win real money games for years and for the most part they are legit. This one is not. So when you first start playing you will win pretty often. I decided to deposit $5 and try the money games. That's when I found out the promo code was bogus and a lie. First 3 games I played were $0.60 to enter and you could win $1.00. I won those. Then I tried a $1.00 game to win $3.00. I won that. Obviously there is some luck involved but I was feeling good. That's when you will notice you are now playing bots and not real people. I have lost 7 games in a row and now have only $0.40 left. This game is a complete scam. You either play bots or people who are connected to them so they dont ever lose money. Don't bother. SCAM!!!!!!

- An Apple Store Blackout Bingo player asserts that Skillz "claim[s] that [it doesn't] use bots . . . when in fact you all do," because Skillz will "still make the bot win" no matter how well the player plays.[58]

[58] "Blackout Bingo: Win Real Cash" Ratings and Reviews, Apple App Store, https://apps.apple.com/us/app/blackout-bingo-win-real-cash/id1464235676?platform=iphone&see-all=reviews (last visited Aug. 21, 2026).



100% SCAM 2y ago
Dmcary

You all claim that you don't use bots for some cash games when in fact you all do. you say that would be illegal to make bots for cash games we'll that's just laughable I have plenty of proof ALL SKILLZ GAMES ARE A SCAM. I'm not saying they don't pay out they do use bots maybe not every time but the point is they use bots in at least some cash games they do pay out but they make nothing but profit if even 1 out of 1,000,000 people cash out on a good amount I would even be surprised about that but just better off saving your money it doesn't matter how good you do most games they will still make the bot win.

113. Skillz reviewers also recount impossibly high scores and other irregularities that made clear their matched opponent was either a bot or an unfairly matched opponent that substantially outranked the player in skill level.

114. For example, in an August 2021 Better Business Bureau review, one Solitaire Cube player reports being "magically beat[en] by a ridiculous score," with replay playback subsequently unavailable.[59]



Ruben O
08/19/2021
Blazed through solitare and was magically beat by a ridiculous score snd went to see playback wow magically unavailable. I dont mind losing but show me proof or give me back my f****** money

115. A Reddit post reports that while "Skillz claims they match [you] based on [your] [S]killz account level," this "isn't true." The reviewer reports that "[w]hen you win too much," Skillz games will either "begin crashing for no apparent reason," or matchmaking will be delayed until Skillz "find[s] someone who did better."[60]

---

[59] *Skillz Inc. Customer Reviews,* Better Business Bureau, https://www.bbb.org/us/nv/lasvegas/profile/online-gaming/skillz-inc-1086-90090847/customer-reviews (last visited Aug. 20, 2026).

[60] u/Training_Box_7982, *I Lost $10,000 Playing Skillz*, Reddit, https://www.reddit.com/r/SkillzPlayers/comments/mwgh9l/i_lost_10000_playing_skillz/ (last visited Aug. 20, 2026).

> TheNightMare325 • 7mo ago
>
> Nothing in the phrase "skill based matchmaking" means that YOU will be matched with someone of equal skill. Yes, it's fucked up ain't it. Skillz claims they match u based on ur skillz account level, and not the level u r in the actual game, however as shitty as that also is, it still isn't true. When you win too much and there isn't anyone to beat u, the games will begin crashing for no apparent reason. There are 50k people playing bingo, but I'm supposed to believe that I must wait to be matched with an available opponent? Bullshit. They hold u off until they find someone who did better and then say that was ur match. U lose. U lose. u lose. But regardless of all that they took money out of my PayPal account without being prompted too and after providing them with the evidence they needed of that they be an ignoring me it was legit only $10 not a big deal to me but they wouldn't even credit it to my skills account and now they just flat out will not answer me so f*** skillz
>
> 3 Reply Award Share ···

116. Another Reddit post notes that Skillz offers "so called 'fair play matching' tactics, but they definitely have their own bots that they match you against. And you will no doubt lose against those bots."[61]

> r/SkillzPlayers • 3 yr. ago
> SkillzIsCorrupt
>
> ## Don't waste your money
>
> Many of the games on the Skillz platform are fun. But do yourself a favor and don't waste your money.
>
> I've sank probably $3,000 into mostly 3 games on their on their platform.
>
> One in particular. I won't claim to be the best player there is. But I'm definitely a well above average player. I've been in the top tier leader board of both the pro and practice leagues many times, and have nothing to show for it.
>
> Skillz without a doubt cheats their players. Not only via shady so called "fair play matching" tactics, but they definitely have their own bots that they match you against. And you will no doubt lose against those bots. Especially when the stakes are a high dollar amount.
>
> Not even sure why I'm posting this. It's really not of any surprise that they cheat their users. And it's something I've suspected for some time. And yet I kept pumping money into their game. Why? Because I'm an idiot I guess. But never again.
>
> And as of now (summer 2021), there's a class action lawsuit against Skillz wherein they're alleged to have defrauded their investors as well (they're a publicly traded company). Which I have no doubt is true as well.
>
> 23 55 Share

117. An Apple App Store reviewer of Solitaire Cube recounts having been matched with "super players" that "make it hard to win," and suspicion "that some of the accounts are AI bots."[62]

---

[61] u/SkillzIsCorrupt, Don't Waste Your MoneyReddit, https://www.reddit.com/r/SkillzPlayers/comments/o9ln3t/dont_waste_your_money/ (last visited Aug. 20, 2026).

[62] Smokingmaninblonger, *Read This Review It Will Help You Out a Lot*, App Store (Aug. 16, 2020), https://apps.apple.com/us/app/solitaire-cube-win-real-cash/id1114214294?see-all=reviews.

> ★★☆☆☆
>
> Smokingmaninblonger, 08/16/2020
>
> **Read this review it it will help you out a lot**
>
> First thing I like solitaire and this game is pretty well done as far as gameplay goes. Here's the advice as someone who played for a few months. 1 you must win more than 60% of your games to break even. The take away 10% of every singe match for an entry fee, you are also charged monthly fees that go up if you don't play enough. So unless you are a savant at solitaire you won't win any real money. I honestly don't know how this game is rated as high as it is. There are super players on here that make it hard to win as well. I also suspect that some of the accounts are AI bots as a matter of fact I suspect that it would be very easy for a mediocre programmer to exploit this game, I mean really if AI can defeat the best chess players in the world what chance do you have at solitaire against one? Last issue I had with this game is that I didn't play for a few days and when I logged back in it logged me into a completely new account and when I logged out and logged back in to my account I had 0.00 in my account. When last I played I had over $20 when I looked at my game history it was not accurate plus they took fees out. I hope this saves someone a few bucks waisted on this app. If you want an actual chance to win real money gambling either go to a casino or use a legitimate gambling/casino app or website as they are highly regulated. Good luck sorry for the long review

118. Another Solitaire Cube review states that the reviewer "could see that I'm playing with bots" because competitors were "[w]inning with ridiculously high scores in a short amount of time."[63]

> **Corrupt just like the others** Feb 2
>
> ★☆☆☆☆ Desireeherbold
>
> I have downloaded eight or nine solitaire games in hopes to win real money. I did actually win real money on Solitaire Clash. But after a while, I could tell it was rigged when I found skills solitaire, and saw that you are actually playing with real players and even have a chat option, I was thrilled. But again, after a while, I could see that I'm playing with bots. Not real players. Winning with ridiculously high scores in a short amount of time. They won't respond in a chat. And sometimes you can't watch the video replay. Extremely disappointed. I thought this game was different. I would like a fair game to bet my hard earned money on and win or lose it fair & square.

[63] "Solitaire Cube" Ratings and Reviews, Apple App Store (Feb. 2, 2024).

119. This reviewer also wrote that she was "[e]xtremely disappointed" because she "thought this game was different," *e.g.*, that this Skillz game was fair and did not contain bots. This demonstrates the effect that Skillz's marketing campaign—which focused exclusively on its singular commitment to fairness—had on consumers.

120. Skillz players have also observed that Skillz's "match replay" feature often is unavailable after the user loses a fairly high proportion of matches in a suspicious manner.[64]

121. For example, 21 Blitz player "CardSharkJG" specifically states a belief that Skillz "lie[s] about how fair the platform is," in part because of the absence of replay to verify that the match was played against a real human.


CardSharkJG, 10/06/2020

**Not to be trusted.**

I've had just about every kind of problem you can possibly think of with these Con Artists. That's exactly what they are. They lie about how fair the platform is but in reality they have over 30 different way to rip you off. Player support is no support at all. They treat you like you've stolen something from them after they rip you off. They respond to every single message with pre written generic responses. Which is only possible if they're already aware of the problem. Lost matches with no replay. You just have to take their word for it. I caught them cheating and stealing from me so many times until I was given $300 to be quiet. Skillz as a whole seem to me to be very unethical and I would rather my whole family starve to death than work for such a shadily crooked group of people. Every single person there should be incarcerated. And I have proof of everything I have stated and would testify under oath against them. SHAME ON YOU SKILLZ. I KNOW YOUR PARENTS TAUGHT YOU ALL TO BE BETTER THAN THE CROOKS THAT YOU ALL ARE. YOU DESERVE TO BE SUED IF NOT PLENTY YEARS OF JAIL TIME FOR ALL THE FALSE ADVERTISEMENT AND MISINFORMATION. THE WAY LEVEL OF UNETHICAL BEHAVIOR LETS ME KNOW THAT YOU ALL ARE MORE CORRUPT THAN POLICE AND POLITICIANS.

122. Another 21 Blitz player recounts "[t]he way they match is unfair and you are set up to lose," and while "[m]ost of the time a replay is available to verify that there is no cheating taking place," around "25-30% of the time it is not [available] and all signs point to cheating."

---

[64] *"21 Blitz – Blackjack for Cash" Ratings and Reviews*, Apple App Store (Oct. 6, 2020; Feb. 10, 2023).


Amyyyyyyyyyyyyyyyy E, 02/10/2023

**Be prepared to lose money**

The game itself is fun. The way they match is unfair and you are set up to lose. Most of the time a replay is available to verify that there is no cheating taking place, however like 25-30% of the time it is not and all signs point to cheating. If you are curious about how cheating occurs, google it. It is apparently a widespread issue and as soon as anyone brings in it in the chat, they are immediately shushed and told to report it. Once reported you are never told the findings and they keep your money either way. To top it all off, they recently made some changes in their withdrawal policies, it would appear. I have always cashed out and within 2 days the money was back in my bank account. Now, I was informed after questioning it, they are sending paper checks and it will take weeks or months to receive them. They told me this occurs when the winnings are higher than the deposits, which I can assure you was not the care in my instance. User beware!

123. One Skillz player created a YouTube video exposing "why Skillz and the apps they produce are extremely corrupt," observing that opposing "players" have implausible score histories that would require "play[ing] the game nearly non-stop" and "win[ning] 80%+ of the time or more."[65] The player states that he has "long played [the Skillz-platform] Bubble Cube and Solitaire Cube game."[66] As a result bot-related play in Skillz-platform games, the player reports feeling "screwed over" and wonders "how many people on [Skillz's] platform are actually real."[67]


**SKILLZ SOLITAIRE CUBE IS RIGGED!!**

The Adaptive Traveler
3.13K subscribers
Subscribe
11 Share Save

286 views Premiered Sep 3, 2022 TOPEKA
This video demonstrates clearly why Skillz and the apps they produce are extremely corrupt and filled with bots designed to keep people from winning too much. It's rather curious that the top ten winners for 3-day contests are typically most of the same players. The math also doesn't work out, these players would have to play the top game nearly non-stop for the entire three days and win 80%+ of the time or more in order to win as much money as they do. You tell me...

124. This Skillz player's YouTube video also included a video screen-capture recording of a bot opponent achieving an implausibly high score in a $5.00 match of Solitaire Cube:

---

[65] *The Adaptive Traveler, Skillz Solitaire Cube Is Rigged!!*, YouTube (Sept. 3, 2022), https://www.youtube.com/watch?v=1FlpvHRC5sc.

[66] *Id.* at 0:22.

[67] *Id.* at 5:00-5:13.




125. The above examples are just the tip of the iceberg; there are many other instances of complaints by Skillz users.

126. Skillz users have also made clear that Skillz's representations about fairness, even matchmaking, and bot usage induced them to play Skillz-platform games.

127. For example, the player reviews cited above demonstrate that, once the players discovered that Skillz's promises (e.g., about bot-free play) were untrue, the players felt that Skillz-platform games were a "lie," a "cheat," a "scam," and rife with "deceptive advertising."

128. One Skillz Blackout Bingo player recounts that Skillz "had [her] fooled," and advises players to "not spend a penny" on Skillz platform games.[68]

[68] *Blackout Bingo - Win Real Cash Ratings & Reviews, App Store,* *https://apps.apple.com/us/app/blackout-bingo-win-real-cash/id1464235676?platform=iphone&see-all=reviews* *(last visited Aug. 20, 2026).*



> **Do not spend a penny here** 1y ago
> Tatabug13
>
> This app had me fooled and I should honestly feel ashamed for investing so much money into this app without checking for scams but they are clever, though it's quite obvious. You'll win enough round to make you think it is a fair game until you start betting bigger money, and that is when they start tricking you. For one the app will overheat your phone and begin to lag during matches, costing you time and bingo balls that customer service refuses to refund you for. Secondly you can spend all your time mastering the game and play a perfect game, use multiple double boosters and blackout with a minute to get scores as high as 89k and someone else will somehow, magically beat you, and when you go to watch the screen recording of how they managed to do that, the video won't load but yours will. They've taken $275 from me this way and I've gotten nothing back. You'll win enough to get the confidence to bet that kind of money and play the best way you possibly can, reach scores as high as the game allows, but trust me, you will lose it all. I started losing so much money that it through me into a panic to try and get at least some of it back but they get every last bit of my money and I feel so naive and dumb for allowing this to happen without checking earlier on but this game is just as rigged as the rest of them.

129. This is yet another example of Skillz's free games—that Skillz admits contain bots—being used as a hook to its cash matches.

130. Another user notes that they "checked the replays," and has "records and photos to prove" that Skillz games "manipulate the outcomes."[69]

[69] *Skillz Reviews*, WorthEPenny, https://skillz.worthepenny.com (last visited Aug. 20, 2026).



la.busida
January 12, 2023

"Avoid any games run by ..."

Stay away from any games managed by skillz. They manipulate the outcomes. I checked the replays, and the final score was tampered with to ensure my loss. I've got recordings and photos to prove it. They're just taking people's money. Total scammers!!

0 Reply

131. Upon information and belief, Skillz also blocks, mutes, or bans players who complain about bot use within games on Skillz's platform.

132. For example, one Solitaire Cube player claims that he was "mute[d]" in the game's chat by Skillz or its moderators for raising a concern about the presence of bots.[70]



Bots are ruining these games for... Wed
Tapout

There is no way there aren't bots playing these games and winning. You say the word "bots" In The chat and they mute you.

133. Similarly, a review of the "Pool Payday" game on the Skillz platform pointed out that Skillz "deleted [their] last review" after the player reported both bot usage.[71]



Don't trust them Jun 27
qukkstpswtr

They use bots and say they don't they say they need more than 1 month to get you your money when they will take in 1 minute
THEY DELETED MY LAST REVIEW

---

[70] *Solitaire Cube: Real Cash Game Ratings & Reviews, App Store,* *https://apps.apple.com/us/app/solitaire-cube-real-cash-game/id1114214294?see-all=reviews* (last visited Aug. 20, 2026).

[71] *Pool Payday: 8 Ball Pool Game Ratings & Reviews, App Store,* *https://apps.apple.com/us/app/pool-payday-8-ball-pool-game/id1442117794?platform=iphone&see-all=reviews* (last visited Aug. 20, 2026).

134. When Skillz promised and guaranteed no bots in the games on its platform, reasonable consumers understood two things: (i) they will not face bot-related play; and (ii) that Skillz's algorithm is not systemically or automatically putting them in a position where they are destined to lose.

135. Given the above, it is clear that Skillz's repeated and highly publicized presentation of its platform as "never" incorporating bots, and its guarantees that players are fairly matched against other players of equal skill, are false and deceptive.

**E. Skillz Attempted to Cover Up Bot-Related and Other Unfair Play on Its Platform By Overseeing 4 Fair Play's Campaign of Deception**

136. Upon information and belief, Skillz created and funded a false-front organization, 4 Fair Play, whose main objective was to deliberately mislead the public into submitting complaints about Skillz's competitors' mobile games and shield its own games from criticism. Skillz thereby intentionally misled and deceived consumers into thinking that while its competitors used bots in their games, it did not.

137. From approximately September 2023 through late February 2024, the 4FairPlay Website was active, displayed content to the public, and provided for the submission of consumer complaints about certain mobile games.

138. The 4FairPlay Website included at least three sub-pages, including: (a) a home page purporting to display data related to the submission of customer complaints to state law enforcement agencies and encouraging visitors to file a complaint; (b) a "File a Complaint" page urging visitors to use a pre-populated form to submit a complaint against three of Skillz's competitors to a state law enforcement agency; and (c) a Frequently Asked Questions ("FAQs") page providing information about submitting a complaint to state law enforcement agencies and lauding companies that supposedly provide fair gaming experiences.

139. Skillz deliberately excluded Skillz games from the 4 Fair Play website by ensuring that the auto-populated complaint forms listed only games developed by its competitors, not those hosted by Skillz. Skillz precluded visitors to the 4FairPlay Website from complaining about games

on the Skillz platform, even though Skillz knew that its games allowed bots and unevenly matched players despite public representations to the contrary.

140. Visitors to the 4FairPlay Website even emailed 4 Fair Play to complain about games on the Skillz platform, but, upon information and belief, Skillz did not turn over these supposed complaints to state law enforcement with the rest of the complaints against its competitors.

141. In fact, Skillz deliberately altered complaints about Skillz and removed any mention of Skillz prior to submitting them to state law enforcement.

142. Although Skillz created, funded, and controlled 4 Fair Play, it took steps to shield its creation and control of 4 Fair Play and the 4FairPlay Website from public disclosure.

143. The "About" page on the 4FairPlay Website stated that "4 Fair Play is on a mission to bring fairness to mobile gaming. We are dedicated to promoting fair, transparent policies and practices in the industry so everyone can enjoy playing. Our organization was founded to educate the public on fair play and provide tools and resources players need to protect themselves if they've been scammed."




144. The 4FairPlay Website was altered to remove any information that could lead back to Skillz.

145. Despite Skillz's allowance of bots and fake "guarantees" to players amid consumers' negative experiences with its platform, Skillz continues to publicly, and falsely, represent that Skillz

is "combat[ing] the deceptive usage of bots . . . in [the mobile gaming] industry" to create "a fairer future in gaming," and accuses its competitors in the space of utilizing bots in their games.[72]

146. The 4 Fair Play campaign lent Skillz undeserved credibility and magnified consumer trust in its promises. By simultaneously (a) trumpeting its own "NEVER EVER bot" promise while (b) funding an organization that reported competitors to regulators for bot use, Skillz did not merely claim to have a truly competitive gaming platform – it constructed a comparative information environment in which rational consumers concluded that Skillz was allowing for the best real player to win  while its competitors were preventing the best player from winning too much.

147. Skillz's creation and funding of 4 Fair Play, among others, constitutes a predicate act of wire fraud in furtherance of the RICO enterprise alleged below: it involved the use of interstate wire communications (the 4FairPlay website and related email submissions) to execute a scheme of deception, and formed an integral part of the multi-year pattern of fraudulent conduct alleged herein.

148. Skillz makes similar misleading claims regarding bot use in the industry to its investors and other business partners. In Skillz's Q4 2023 earnings call, Skillz CEO Andrew Paradise claimed that Skillz is "the leading company that does not engage in bot fraud," and that "elimination of this practice would dramatically benefit [Skillz]."[73]

149. Paradise has also asserted that Skillz "stands alone" in its "commitment to fair play for skill-based gaming," to the exclusion of all others.[74]

**F. Skillz's Arbitration Clause and Class Action Waiver In Its User Terms Are Procedurally and Substantively Unconscionable and Therefore Unenforceable**

---

[72] Rachel Kaser, *Skillz CEO says company isn't done fighting bots in mobile gaming*, GamesBeat (May 9, 2024), https://venturebeat.com/games/skillz-ceo-says-company-isnt-done-fighting-bots-in-mobilegaming/.

[73] Ahmed Abdulazez Abdulkadir, *Earnings Call: Skillz Inc. Reports Q4 Results, Outlines Path to Profitability*, Investing.com (Mar. 15, 2024), https://www.investing.com/news/stock-marketnews/earnings-call-skillz-inc-reports-q4-results-outlines-path-to-profitability-93CH-3340001.

[74] Insider Monkey Transcripts, *Skillz Inc. (NYSE:SKLZ) Q2 2023 Earnings Call Transcript*, Yahoo Finance (Aug. 4, 2023), https://finance.yahoo.com/news/skillz-inc-nyse-sklz-q2-140838963.html.

150. To play games on Skillz's platform, consumers need to accept Skillz's User Terms and Conditions of Service.[75] Included in the User Terms is an arbitration clause requiring all disputes to be resolved by binding arbitration and a class action waiver:

> **14.2. Binding arbitration**. If you and we do not resolve any Dispute by informal negotiation or in small claims court, any other effort to resolve the Dispute will be conducted exclusively by binding arbitration as described in this Section. Instead, all Disputes will be resolved before a neutral arbitrator, whose decision will be final except for a limited right of appeal under the Federal Arbitration Act. Any court with jurisdiction over the parties may enforce the arbitrator's award.
>
> **14.3. Class action waiver.** To the maximum extent permitted under applicable law, any proceedings to resolve or litigate any Dispute in any forum will be conducted solely on an individual basis. Neither you nor we will seek to have any Dispute heard as a class action or in any other proceeding in which either party acts or proposes to act in a representative capacity. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings. If this waiver is found to be illegal or unenforceable as to all or some parts of a Dispute, then it won't apply to those parts. Instead, those parts will be severed and proceed in a court of law, with the remaining parts proceeding in arbitration.

151. However, the User Terms are procedurally unconscionable because they (i) were offered in a consumer contract on a take-it-or-leave-it-basis; (ii) included confusing and contradictory provisions regarding arbitration;[76] and (iii) did not include a copy of the applicable arbitration rules or list the AAA arbitration filing fees.

152. The User Terms are also substantively unconscionable because they (i) are one-sided and nonmutual;[77] (ii) shorten the limitations period to one year from the two, three and four years allowed under the relevant statutes and law;[78] (iii) previously mandated that all arbitration take place in San Francisco and now require arbitration in Las Vegas;[79] and (iv) require each party to pay an equal share of the fees and costs of the arbitration but authorizes an award of the fees and

---

[75] *User Terms and Conditions of Service*, Skillz, (last updated May 22, 2025) https://www.skillz.com/legal/.

[76] *Compare* subsection 1.1 (requiring arbitration for "any claim, dispute or controversy") *to* 7.4 and 8.10 (allowing Skillz to pursue "civil litigation" for certain claims).

[77] *See, e.g.*, subsection 14.1 ("[t]his [arbitration] Section applies to any Dispute except for Disputes relating to the enforcement or validity of our [i.e., Skillz's] intellectual property rights"); 14.6 (allowing Skillz to seek equitable relief "without bond, other security, or proof of damages").

[78] *See* subsection 14.5.

[79] *See* subsection 14.4.

costs to the prevailing party, in violation of the CLRA.[80]

153. The User Terms also include a Change-In-Terms clause that allows Skillz to "amend, change, modify or revise the Terms **at any time**" (emphasis added):

> **1.2. Changes to the Terms.** We may amend, change, modify or revise the Terms at any time, and we may post a notice on our website at ("Website") of any material changes, and you can see when these Terms were last revised by referring to the "Updated" legend above. Your continued participation in Competitions and/or use of Software or Services means you accept any new or modified Terms. You are responsible for reviewing the Terms for any changes, so please check back here from time to time.

154. Importantly, the User Terms do not require that Skillz provide prior notice of any changes prior to implementation, nor limit what changes may be made. The User Terms indicate only that Skillz "may post a notice" of any changes, not that it must. In fact, as written, the User Terms permit Skillz to secretly implement even retroactive changes to the User Terms, including the arbitration clause and class action waiver, and only to post those updates at a later date (if ever).

155. These unconscionable terms appeared in materially the same form in the User Terms throughout the Class Period.[81]

156. The User Terms are not enforceable as they are both procedurally and substantively unconscionable.

### G. Plaintiffs Lack An Adequate Remedy At Law For the Equitable Relief They Are Seeking

157. Plaintiffs seek restitution, disgorgement and injunctive relief because the remedies at law are inadequate.

158. Plaintiffs are seeking restitution and disgorgement because Skillz's benefit from its actions is broader than the compensatory damages that Plaintiffs can prove. Skillz was unjustly enriched from the entry fees and rakes it collected from Class Members, their deposits that were

---

[80] *Id.*

[81] *Compare User Terms and Conditions of Service*, Skillz, https://web.archive.org/web/20220119125154/www.skillz.com/legal/ (archived Jan. 19, 2022) with *User Terms and Conditions of Service*, Skillz, https://web.archive.org/web/20240301235417/www.skillz.com/legal/ (archived Mar. 1, 2024) , *and User Terms and Conditions of Service*, Skillz,https://www.skillz.com/legal/ (current, last updated May 22, 2025).

induced by its misrepresentations, and the enterprise value Skillz derived from its marketing campaign of fair and equal play. Damages will not capture Skillz's unjust gains, to the extent these benefits exceed Plaintiffs' provable out-of-pocket losses. Thus, restitution and disgorgement are needed to prevent Skillz from retaining the money it wrongfully obtained.

159. Plaintiffs are seeking injunctive relief because damages will not remedy the ongoing and continuing harm caused by Skillz's continuing conduct. The "Committed to Fair Play" badge continues to pop-up on players' load screens at the same that Skillz continues to operate its platform in the unfair manner described above. Damages for past harm cannot stop the current and future benefit that Skillz is obtaining from its ongoing misrepresentations.

## V. CLASS ALLEGATIONS

160. Plaintiffs bring this action as a class action pursuant to Fed. R. Civ. P. 23 and seek certification of the following Class and Subclasses:

(a) **Class:** All persons in the United States who, from January 21, 2022 through the present, deposited money on the Skillz platform and suffered damages as a result of the platform's cash competitions being unfair.

(b) **California Subclass:** All persons who are or were residents of California from January 21, 2022 through the present who deposited money on the Skillz platform and lost it as a result of the platform's cash competitions being unfair.

(c) **2023 California Subclass:** All persons who are or were residents of California from January 21, 2023 through the present who participated in unfair cash competitions on the Skillz platform and suffered damages as a result.

(d) **2024 California Subclass:** All persons who are or were residents of California from January 21, 2024 through the present who participated in unfair cash competitions on the Skillz platform and suffered damages as a result.

(e) **Texas Subclass:** All persons who are or were residents of Texas from January 21, 2024 through the present who participated in unfair cash competitions on the Skillz platform and suffered damages as a result.

(f) **New York Subclass:** All persons who are or were residents of New York who, from January 21, 2023 through the present, participated in unfair cash competitions on the Skillz platform and suffered damages as a result.

161. Excluded from the Class and all Subclasses is Skillz, its officers and directors, and members of their immediate families or their legal representatives, heirs, successors or assigns and any entity in which Skillz has or had a controlling interest.

162. Plaintiffs reserve the right to amend the Class and Subclasses definitions if investigation or discovery indicates that they should be narrowed, expanded, or otherwise modified.

163. The members of the Class and Subclasses are so numerous that joinder of all members is impracticable. The precise number of Class members is unknown to Plaintiffs at this time, but it is believed to be in the tens of thousands.

164. Members of the Class and Subclasses are readily ascertainable and identifiable. Members of the Class and Subclasses may be identified by publicly accessible information and records maintained by Skillz or its agents. They may be notified of the pendency of this action by electronic mail using a form of notice customarily used in consumer protection actions.

165. Plaintiffs' claims are typical of the claims of Class members and of their respective Subclass members as all Class and Subclass members are similarly affected by Skillz's respective wrongful conduct in violation of the laws complained of herein. Plaintiffs do not have any interest that is in conflict with the interests of the members of the Class or their respective Subclass(es).

166. Plaintiffs and members of the Class and certain Subclasses sustained damages by being induced through false promises of fair play on the Skillz platform and then losing money because they were not evenly matched to players of equal skill or losing money to bot-related gameplay, while thinking they were playing a fair game against a human.

167. For years, every person who played a game on the Skillz platform – whether it was Solitaire Cube, Blackout Bingo, Dominoes Gold, 21 Blitz, or any other Skillz-powered application or game – received the same load-screen badge containing the same three representations about equal skill matching and no bots. There was no opt-out, no alternative version, and no disclaimer. These material representations were not subject to individual variation.

168. Similarly, the matchmaking algorithm (including DOM) and the Z-tournament bot policies were applied through uniform, standardized systems to every player on the platform. Every player's match was processed by the same algorithm and every new account played against the same categories of bot opponents in Z tournaments. The class-wide nature of these uniform systems is a key feature of this case and supports class certification.

169. Plaintiffs have fairly and adequately protected, and will continue to fairly and adequately protect, the interests of the members of the Class and Subclasses and have retained counsel competent and experienced in class action litigation. Plaintiffs have no interests antagonistic to those of the Class or their respective Subclass.

170. Prosecuting separate actions by or against individual members of the Class would create a risk of inconsistent or varying adjudications with respect to individual members of the Class that would establish incompatible standards of conduct for Skillz.

171. Common questions and answers of law and fact exist as to all members of the Class and respective Subclasses, and predominate over any questions solely affecting individual members of the Class or respective Subclasses, including but not limited to the following:

- Whether Skillz's matchmaking technology can and does ensure that every match is even and between players of equal skill;
- Whether Z tournaments or cash games on Skillz's platform allowed bots;
- Whether Skillz's Z tournament bots were calibrated to be easy to beat;
- Whether Skillz made false representations concerning the games on its platform;
- Whether Skillz knew that its representations were false;

- Whether Skillz's conduct constitutes a pattern of racketeering activity under RICO;
- Whether members of the Class suffered damages as a result of Skillz's conduct.

172. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by some of the individual Class and Subclass members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class and Subclasses to individually redress the wrongs done to them.

173. There will be no difficulty in the management of this action as a class action.

**FIRST CAUSE OF ACTION**
**Racketeer Influenced and Corrupt Organizations Act (All)**
**18 U.S.C. § 1962**

174. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

175. Under the RICO Act, it is "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity[.]" 18 U.S.C. § 1962(c).

176. Skillz, together with 4 Fair Play (an entity created, funded, and controlled by Skillz), constitutes an "enterprise" within the meaning of 18 U.S.C. § 1961(4) – a group of individuals and legal entities associated in fact for the common purpose of (a) extracting money from consumers through deceptive representations about fair matching and bot-free play; and (b) shielding those practices from regulatory and consumer scrutiny. Skillz as a corporate entity is the "person" conducting the affairs of the association-in-fact enterprise of the relationship between Skillz and 4 Fair Play through the pattern of racketeering activity described below.

177. Skillz engaged in a pattern of racketeering activity within the meaning of 18 U.S.C. § 1961(1) through multiple acts of wire fraud under 18 U.S.C. § 1343. Each act of wire fraud involved: (a) a scheme to defraud – specifically, the scheme to induce consumers to deposit money and continue playing by making false representations about fair matching and bot-free play, while

in reality manipulating outcomes and allowing bots; (b) use of interstate wire communications – including Skillz's website (accessible nationwide), social media posts on Facebook, Instagram, X, and other platforms (transmitted via interstate wires), in-app Fair Play badge transmissions (delivered to consumer devices via interstate networks), electronic advertising, and electronic payment processing for entry fees; and (c) intent to defraud consumers out of money.

178. Specific predicate acts of wire fraud include, without limitation:

(a) Each transmission of the "Committed to Fair Play" load-screen badge to a consumer's device, including to Plaintiffs' devices, before they started a game (whether it was Solitaire Cube, Blackout Bingo, Dominoes Gold, 21 Blitz, or any other Skillz-powered application) on the Skillz platform via interstate electronic networks, representing "Match with real players of equal skill" and "no bots guaranteed!" when those representations were false. Plaintiffs believe the badge popped up from at least early 2024 to the present each time they opened a Skillz-powered app or website to play games on its platform. Exact dates and times of each transmission of the "Committed to Fair Play" badge are uniquely within Skillz's custody and control;

(b) Each publication and update of Skillz's website pages containing the representations identified in this complaint, transmitted via interstate wire to consumers nationwide;

(c) The October 31, 2023 Facebook post by agents of Skillz acting within the scope of their authority through which Skillz promised "NEVER EVER" bots, transmitted via interstate wire to Skillz's followers;

(d) The August 16, 2024 X post stating Skillz has "never and will never use bots to defraud consumers," transmitted via interstate wire;

(f) The operation of the 4FairPlay website from approximately September 2023 through February 2024, transmitted via interstate wire to consumers nationwide, falsely portraying 4 Fair Play as an independent consumer advocate while concealing Skillz's control and purpose; and

(g) Each electronic payment processing transaction by which Skillz collected entry fees from consumers, including Plaintiffs, who would not have paid but for the false representations identified above. Specifically, Plaintiff Mitchell made real cash deposits on Skillz's platform and then paid

entry fees to play games on or around Feb. 9-12, 2020; Jun. 20-21, 24, 26-30, 2022; Jul. 3-5, 7, 9-10, 14-15, 23-24, 27, 2022; Sept. 1, 3, 10, 2022; Nov. 6-14, 17-20, 25, 2022; Dec. 1-2, 4, 14-15, 2022; Feb. 20, 24-25, 28, 2025; Aug. 31, 2025; Sept. 10, 2025; Dec. 4-5, 2025. Plaintiff Garza made real cash deposits on Skillz's platform and then paid entry fees to play games on or around Aug. 30, 2024, Sept. 1, 2024, Oct. 27, 2024, and Jan. 4, 2026. And Plaintiff Masiker made real cash deposits on Skillz's platform and then paid entry fees to play games on or around: Aug. 30, 2022; Sept. 1-5, 7-14, 16, 2022; Feb. 1, 2023; Apr. 1, 3, 11-12, 2023; May 3, 5-7, 9, 11, 23-24, 27-29, 2023; Jun. 1-3, 5, 16, 20, 29-30, 2023; Jul. 3, 23, 2023; Aug. 2-9, 11-12, 16-17, 30-31, 2023; Sept. 1-10, 29, 2023; Oct. 3-4, 2023; Dec. 6, 14, 27, 29, 2023; Jan. 2, 4-6, 8, 10, 15-16, 25, 2024; Feb. 1, 3-7, 11-12, 20, 23-24, 2024; Mar. 1-2, 4-6, 29, 11, 13, 31, 2024; Apr. 19, 22-23, 2024; May 1-3, 5-7, 9-11, 13, 16, 23-25, 2024; Jun. 1, 3, 5, 10, 15, 18, 20, 22, 2024; Jul. 2, 5-6, 12, 15, 19, 22-23, 29, 31; Aug. 1, 6-12, 14-23, 29-30, 2024; Sept. 1, 4-7, 9, 11, 13-17, 25, 2024; Oct. 1, 4, 8, 19, 2024; Nov. 4, 9, 13, 28, 2024; Dec. 5, 25, 2024; Feb. 22, 2025; Apr. 1-3, 6-8, 10-15, 17-24, 2025; May 1, 3-6, 8-15, 18-26, 28-31, 2025; Jun. 1-14, 17-19, 21, 23-25, 28, 2025; Jul. 3-13, 2025; Aug. 9, 2025; Sept. 16, 19, 2025; Oct. 6-7, 20-23, 2025; Nov. 1, 3, 17, 21, 25, 27, 29, 2025; Dec. 1, 3-8, 11, 25-28, 30-31, 2025; and Jan. 1-6, 8, 2026.

179. The predicate acts described above constitute a "pattern of racketeering activity" within the meaning of 18 U.S.C. § 1961(5) because: (a) they include multiple acts of wire fraud spanning from at least mid-2022 through the present – a period of more than two years; (b) the acts are related, sharing the same participants (Skillz and 4 Fair Play), the same victims (consumers, including Plaintiffs), the same method (false representations transmitted via interstate wire), and the same purpose (extracting money from consumers, including Plaintiffs, by misrepresenting the nature of the service); and (c) the acts are continuous, as Skillz has maintained the deceptive scheme of displaying the Fair Play badge and operating its platform with the same matchmaking practices without taking corrective action.

180. Plaintiffs and other Class Members were injured in their business or property by reason of Skillz's RICO violations. Plaintiffs deposited money into cash competitions on Skillz's

platform that they believed offered fair matching and no bot-related gameplay and they lost that money in competitions that were not fairly matched or were influenced by bot manipulation. These economic losses were directly and proximately caused by the wire fraud scheme described above. But for Skillz's misstatements to them which they relied upon, Plaintiffs and other Class Members would not have deposited money on the platform or would have deposited substantially less.

181. Plaintiffs were drawn to games on the Skillz platform because they wanted to compete using their skills, not to gamble based on chance. Reading the words of the fair play badge and Skillz's other similar misrepresentations led Plaintiffs to believe that they would be competing against real people of equal skill and caused them to continue playing and depositing money in Skillz-powered games.

182. Pursuant to 18 U.S.C. § 1964(c), Plaintiffs seek three times the damages sustained by them and other members of the Class, plus attorneys' fees and costs.

**SECOND CAUSE OF ACTION**
**Unfair Competition Law (Kel Mitchell and the California Subclass)**
**Cal. Bus. & Prof. Code § 17200 *et seq.***

183. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

184. California's Unfair Competition Law prohibits "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising," Cal. Bus. & Prof. Code § 17200, and can be brought by a "person who has suffered injury in fact and has lost money or property as a result of the unfair competition." *Id.* § 17204.

185. Skillz engaged in unfair and fraudulent acts and practices in California by falsely and repeatedly promising Plaintiff Mitchell and other California Subclass members in its ads, website and social media, and within its game applications: (i) players are always evenly matched against equally skilled opponents; and (ii) there are "never" bots on its platform.

186. Specifically, Skillz "guarantee[d]" and "ensure[d]" that every match on its Platform is evenly matched and between players of equal skill (*e.g.*, "only match you against real human opponents of equal skill;" "[e]very competition you take part in is a fair and equal match").

187. Similarly, Skillz's messaging could not have been any clearer that its Platform never has and never will include any computerized opponents, or "bots," in any form or manner—e.g., "no bots guaranteed!" and a "solemn promise that Skillz will NEVER EVER employ bots."

188. These material representations were part of a long-standing advertising campaign and were systematic, uniform, and algorithmically-enforced every time a player launched a game on the Skillz platform, when they were greeted by a "Committed to Fair Play" badge bearing the assurance: "Match with real players of equal skill. Win real cash prizes with easy withdrawals. Compete for real, no bots guaranteed!" This badge was not occasional; it was structurally embedded into the load screen of every Skillz-powered application, ensuring that each and every user received the same representations each time they played. Plaintiff Mitchell saw, read and relied on the fair play badge and other representations to play and deposit money into games on the Skillz platform. Upon information and belief, every consumer was exposed to these and/or other similar fair play representations. Skillz intended for, or had reason to expect, consumers to rely on these representations in deciding to invest real money on its platform.

189. Each of these guarantees and representations was willfully false and materially misleading to reasonable consumers.

190. Company insiders conceded that Skillz's ability to measure players' skill is not as promised, so "ensuring" that every match is between "equal" or "even" players is pure fiction. In fact, Skillz intentionally created mismatches by pairing opponents of very different skill levels against each other.

191. The Skillz Platform allows bots. Skillz's documentation for developers who publish games on its Platform contemplates bots, including in cash games. Skillz also includes bot opponents in non-cash-entry "Z" games, which it recognizes as a gateway to cash competitions.

192. Skillz has also engaged in unlawful conduct by virtue of: (i) its fraudulent and deceitful conduct in violation of Cal. Civ. Code §§ 1709 through 1711; (ii) its violations of the Consumers Legal Remedies Act, Cal. Civ. Code §§ 1770(a)(5), (7), (9), (19); and (iii) its fraudulent

gaming practices in violation of Cal. Penal Code § 332, as further alleged below.

193. Skillz's conduct violates Cal. Penal Code § 332, which makes it unlawful for any person to fraudulently obtain money or property from another person by means of any game, device, trick, or other means. For purposes of Penal Code § 332, "fraudulently obtains" includes cheating, or otherwise gaining an unfair advantage for any player in any game through a technique or device not sanctioned by the rules of the game. Cal. Penal Code § 332(a)–(b).

194. Skillz fraudulently obtained money from Plaintiff Mitchell and the other California Subclass members through techniques and devices not sanctioned by the rules of its games and not disclosed to its players, including but not limited to:

(a) Deliberately mismatching players of unequal skill through its proprietary matchmaking algorithm, while simultaneously representing to players that every match was between opponents "of equal skill," thereby creating an undisclosed and unfair advantage for certain players over others; and

(b) Allowing computerized opponents, or "bots," in games on the Skillz Platform—including in cash-entry competitions and in non-cash "Z" games designed to lure players to cash competitions—without disclosing their existence, and while affirmatively guaranteeing that bots would "NEVER EVER" appear on the platform. These bots constitute a "device" within the meaning of Penal Code § 332 that was not sanctioned by the game rules as represented to players.

195. Each of these practices constitutes the fraudulent obtaining of money through a game by means of techniques and devices not sanctioned by the rules of the game as represented to players, in violation of Penal Code § 332. Players deposited and wagered real money on the Skillz Platform with the understanding that they were participating in fair and evenly matched competitions against real human opponents. Instead, Skillz rigged the conditions of play through undisclosed algorithmic manipulation and allowing bots —the functional equivalent of running a game under false pretenses.

196. The public policy embodied in Penal Code § 332 is to protect consumers from being

defrauded of their money through deceptive gaming practices. Skillz's conduct directly contravenes this legislatively declared public policy and constitutes an unfair business practice within the meaning of Business and Professions Code § 17200. This statutory policy, together with the policies reflected in Civil Code §§ 1709 through 1711 and the Consumer Legal Remedies Act, Civil Code § 1770(a)(5), (7), (9), and (19), as alleged above, provides the legislative tether for Plaintiff Mitchell and the California Subclass's unfair competition claim under the UCL's "unlawful" prong.

197. Skillz's fraudulent, unlawful and unfair material acts and practices deceived Plaintiff Mitchell, the other California Subclass members, and the general public.

198. By making these false and materially misleading representations to Plaintiff Mitchell and the other California Subclass members, Skillz has caused them to participate in cash competitions on its platform, who would not have otherwise played such games.

199. Plaintiff Mitchell saw and read the words of the "Committed to Fair Play" badge, which reinforced his reason for choosing Skillz games and factored into his decision to continue playing and depositing real money in cash competitions. He would not have deposited money and played had he known that Skillz allowed bots or necessarily matched him against substantially unequal opponents.

200. Plaintiff Mitchell played cash games on the Skillz platform with the understanding and expectation that the games were fair, as Skillz's platform and games had represented across multiple public mediums. He would use the platform again if the deceptive practices were corrected.

201. Skillz knew, or should have known, that its material misrepresentations and omissions would likely deceive and harm reasonable consumers like Plaintiff Mitchell and the other California Subclass members.

202. There is no societal benefit from Skillz's conduct and its conduct has offended an established public policy.

203. There were reasonably available alternatives to further Skillz's legitimate business interests, other than the conduct described herein.

204. Plaintiff Mitchell and the other California Subclass members collectively have lost millions of dollars playing Skillz's cash games because they were matched against players of unequal skill or bot-related gameplay.

205. As a direct and proximate result of Skillz's material fraudulent, unlawful and unfair acts and practices Plaintiff Mitchell and the other California Subclass members seek restitution and injunctive relief.

**THIRD CAUSE OF ACTION**
**False Advertising Law (Kel Mitchell and the 2023 California Subclass)**
**Cal. Bus. & Prof. Code § 17500 *et seq.***

206. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

207. California's False Advertising Law prohibits any untrue or misleading advertising "with intent directly or indirectly to dispose of real or personal property . . . or to induce the public to enter into any obligation relating thereto[.]" Cal. Bus. & Prof. Code § 17500.

208. Skillz engaged in materially misleading advertising in California by falsely and repeatedly promising Plaintiff Mitchell and the other California Subclass members in its ads, website and social media, and within its game applications: (i) players are always evenly matched against equally skilled opponents; and (ii) there are "never" bots on its platform.

209. These material representations were part of a long-standing advertising campaign and were systematic, uniform, and algorithmically-enforced every time a player launched a game on the Skillz platform, when they were greeted by a "Committed to Fair Play" badge bearing the assurance: "Match with real players of equal skill. Win real cash prizes with easy withdrawals. Compete for real, no bots guaranteed!" This badge was not occasional; it was structurally embedded into the load screen of every Skillz-powered application, ensuring that every user received the same representations each time they played. Upon information and belief, every consumer was exposed to these and/or other similar fair play representations. Skillz intended for, or had reason to expect, consumers to rely on these representations in deciding to invest real money on its platform.

210. Each of these guarantees and representations was willfully false and materially misleading to reasonable consumers.

211. Skillz insiders conceded that the Company's ability to measure players' skill is not as promised, so "ensuring" that every match is between "equal" or "even" players is pure fiction. In fact, Skillz intentionally created mismatches by pairing opponents of very different skill levels against each other.

212. The Skillz Platform allows bots. Skillz's documentation for developers who publish games on its Platform contemplates bots, including in cash games. Skillz also includes bot opponents in non-cash-entry "Z" games, which it recognizes as a gateway to cash competitions.

213. Skillz's materially misleading advertising deceived Plaintiff Mitchell, the other California Subclass members, and the general public.

214. By making these false and materially misleading representations to Plaintiff Mitchell and the other California Subclass members, Skillz has caused them to participate in cash competitions on its platform, who would not have otherwise played such games.

215. Having seen and read the fair play badge and other representations, Plaintiff Mitchell played cash games on the Skillz platform with the understanding and expectation that the games were fair, as Skillz's platform and games had represented across multiple public mediums. He would use the platform again if the deceptive practices were corrected.

216. Skillz knew, or should have known, that its material misrepresentations and omissions would likely deceive and harm reasonable consumers like Plaintiff Mitchell and the other California Subclass members.

217. Plaintiff Mitchell and the other California Subclass members collectively have lost millions of dollars playing Skillz's cash games because they were matched against players of unequal skill or bot-related gameplay.

218. Because of Skillz's materially misleading advertising, Plaintiff Mitchell and the other California Subclass members seek restitution and injunctive relief.

**FOURTH CAUSE OF ACTION**
**Consumer Legal Remedies Act (Kel Mitchell and the 2023 California Subclass)**
**Cal. Civ. Code § 1770 *et seq.***

219. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

220. The California Consumer Legal Remedies Act makes unlawful "unfair methods of competition and unfair or deceptive acts or practices" including (i) representing that goods or services have characteristics they do not have or are of a particular standard if they are of another; (ii) advertising goods or services with intent not to sell them as advertised; and (iii) inserting an unconscionable provision in the contract. Cal. Civ. Code § 1770(5), (7), (9), (19).

221. Plaintiff Mitchell and the other 2023 California Subclass members are "consumers," Skillz is a "person," and Skillz's platform or games are "goods" or "services" within the meaning of the CLRA.

222. Plaintiff Mitchell and the other 2023 California Subclass members engaged in "transactions" with Skillz as that term is defined by the CLRA. Cal. Civ. Code § 1761(e). Skillz engaged in unfair and deceptive acts and practices in California by falsely and repeatedly promising Plaintiff Mitchell and the 2023 California Subclass members in its ads, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; and (ii) there are "never" bots on its platform.

223. These material misrepresentations were part of a long-standing advertising campaign and were systematic, uniform, and algorithmically-enforced every time a player launched a game on the Skillz platform, when they were greeted by a "Committed to Fair Play" badge bearing the assurance: "Match with real players of equal skill. Win real cash prizes with easy withdrawals. Compete for real, no bots guaranteed!" This badge was not occasional; it was structurally embedded into the load screen of every Skillz-powered application, ensuring that each and every user received the same representations each time they played. Skillz intended for, or had reason to expect, consumers to rely on these and/or other similar fair play representations in deciding to invest real money on its platform.

224. Each of these guarantees and representations was willfully false and materially misleading.

225. Skillz insiders conceded that the Company's ability to measure players' skill is not as promised, so "ensuring" that every match is between "equal" or "even" players is pure fiction. In fact, Skillz intentionally created mismatches by pairing opponents of very different skill levels against each other.

226. The Skillz Platform includes bots. Skillz's documentation for developers who publish games on its Platform contemplates bots, including in cash games. Skillz also includes bot opponents in non-cash-entry "Z" games, which it recognizes as a gateway to cash competitions.

227. Skillz violated § 1770(a)(5), (7), (9) and (19) of the CLRA by representing that the Skillz platform had characteristics, uses, or benefits that it did not have; was of a particular standard although it was not; was not as advertised; and including unconscionable provisions in its Terms of Service, such as its Change-in-Terms clause permitting Skillz to modify the arbitration clause at any time and without prior notice.

228. By making these false and materially misleading representations to Plaintiff Mitchell and the other 2023 California Subclass members, Skillz has caused them to participate in cash competitions on its platform, which they would not have otherwise played such games.

229. Plaintiff Mitchell played cash games on the Skillz platform with the understanding and expectation that the games were fair, as Skillz's platform and games represented across multiple public mediums.

230. Plaintiff Mitchell and the other members of the 2023 California Subclass currently use or intend to use the Skillz platform in the future. Absent injunctive relief, they will continue to be exposed to the same deceptive load-screen badge and other representations each time they play, and will remain at risk of future harm.

231. Plaintiff Mitchell and the 2023 California Subclass bring this claim for both damages and injunctive relief. Because the deceptive representations are ongoing, and Skillz has not

voluntarily ceased the conduct, Plaintiff Mitchell and the 2023 California Subclass seek injunctive relief requiring Skillz to: (a) cease displaying load-screen and other representations that falsely claim even matching and no bots; (b) disclose in plain language the existence of DOM and skill band expansion; and (c) disclose the existence of bot opponents in Z-tournament games and the purpose of Z tournaments as on boarding tools.

232. Pursuant to Cal. Civ. Code § 1782(a), on April 28, 2026, and more than 30 days before the filing of this Second Amended Complaint, Plaintiff Mitchell, through the undersigned counsel, sent written notice to Skillz via certified mail return receipt requested. Skillz received the notice on or about May 4, 2026. A true and correct copy of the notice letter and proof of delivery is attached hereto as Exhibit B.

233. Plaintiff Mitchell and the 2023 California Subclass seek actual damages, restitution, injunctive relief and statutory damages as allowed under Cal. Civ. Code § 1780(a)(1) and (b).

234. Pursuant to § 1780(d) of the Act, attached hereto as Exhibit A is the declaration showing that this action has been commenced in the proper forum.

**FIFTH CAUSE OF ACTION**
**Negligent Misrepresentation (Kel Mitchell and the 2024 California Subclass)**

235. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

236. Skillz has specialized knowledge and expertise about the gaming industry and its own platform, upon which Plaintiff Mitchell and the 2024 California Subclass justifiably relied.

237. Skillz made false and materially misleading representations of existing fact to Plaintiff Mitchell and the 2024 California Subclass in its ads, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; and (ii) there are “never” bots on its platform.

238. Skillz knew or should have known that these material representations were false and that it would be reasonable for consumers like Plaintiff Mitchell and the other 2024 California Subclass members to rely on them because of Skillz’s position of authority in the gaming industry

and its own platform's claims of fairness.

239. Skillz made these misrepresentations with the intent to induce Plaintiff Mitchell and the other 2024 California Subclass members to deposit and wager real money in playing games on Skillz's platform, despite knowing that the misrepresentations were material and it was important to users' financial decisions that the games were "fair."

240. Having read the fair play badge and other statements from Skillz, Plaintiff Mitchell and the 2024 California Subclass justifiably relied on Skillz's false or materially misleading representations in deciding to play the games on its platform. They would not have participated in cash games on Skillz's platform if not for these representations.

241. As a direct and proximate result of Skillz's negligent misrepresentations, Plaintiff Mitchell and the other 2024 California Subclass members were damaged in an amount to be determined at trial.

**SIXTH CAUSE OF ACTION**
**Unjust Enrichment (Kel Mitchell and the 2023 California Subclass),**
**Pled in the Alternative**

242. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

243. Plaintiff Mitchell and the 2023 California Subclass bring this claim in the alternative to the extent that any agreement, contract, or terms of service between them and Skillz is found to be unenforceable, void, voidable, or otherwise inapplicable to the claims set forth herein. To the extent any such agreement is found to govern the subject matter of this dispute, Plaintiff Mitchell and the 2023 California Subclass reserve all rights and claims arising thereunder.

244. Skillz has been unjustly enriched at Plaintiff Mitchell's and the 2023 California Subclass's expense as a result of its unlawful and unfair retention of money conferred by them, such that Skillz's retention of their money would be inequitable.

245. Skillz's unlawful and wrongful acts, including by inducing Plaintiff Mitchell and the 2023 California Subclass to deposit money and participate in cash competitions through material misrepresentations enabled Skillz to unlawfully receive monies it would not have

otherwise obtained.

246. Plaintiff Mitchell and the 2023 California Subclass have conferred benefits on Skillz, which it has knowingly accepted and retained.

247. Skillz's retention of the benefits conferred by Plaintiff Mitchell and the 2023 California Subclass would be against fundamental principles of justice, equity, and good conscience.

248. Plaintiff Mitchell and the 2023 California Subclass seek restitution from Skillz and seek an order of this Court disgorging all profits, benefits, and other compensation obtained by it from its wrongful conduct.

249. Plaintiff Mitchell and the 2023 California Subclass have no adequate remedy at law for the reasons outlined above.

**SEVENTH CAUSE OF ACTION**
**Deceptive Trade Practices (Giovanni Garza and the Texas Subclass)**
**Tex. Bus. & Com. Code Ann. § 17.46**

250. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

251. The Texas Deceptive Trade Practices Act outlaws "[f]alse, misleading, or deceptive acts or practices in the conduct of any trade or commerce" including (i) representations that goods or services have characteristics which they do not have or are of a particular standard, style or model if they are of another; (ii) advertising goods or services with intent not to sell them as advertised; and (iii) "failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclosed." Tex. Bus. & Com. Code Ann. § 17.46(b)(5), (7), (9), (24).

252. As individuals who purchased goods and services from Skillz, Plaintiff Garza and the Texas Subclass are consumers as defined by DTPA. Tex. Bus. & Com. Code Ann. § 17.45(4).

253. Skillz engaged in false, misleading and deceptive acts in Texas by falsely and

repeatedly representing to Plaintiff Garza and the Texas Subclass in its ads, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; and (ii) there are "never" bots on its platform.

254. Specifically, Skillz "guarantee[d]," "ensure[d]," and otherwise promised that every match on the its Platform is evenly matched and between players of equal skill (*e.g.*, "only match you against real human opponents of equal skill;" "[e]very competition you take part in is a fair and equal match").

255. Similarly, Skillz's messaging could not have been any clearer that its Platform never has and never will include any computerized opponents, or "bots," in any form or manner—*e.g.*, "no bots guaranteed!" and a "solemn promise that Skillz will NEVER EVER employ bots."

256. These material misrepresentations were part of a long-standing advertising campaign and were systematic, uniform, and algorithmically-enforced every time a player launched a game on the Skillz platform, when they were greeted by a "Committed to Fair Play" badge bearing the assurance: "Match with real players of equal skill. Win real cash prizes with easy withdrawals. Compete for real, no bots guaranteed!" This badge was not occasional; it was structurally embedded into the load screen of every Skillz-powered application, ensuring that every user received the same representations each time they played. Every consumer was exposed to these and/or other similar fair play representations. Skillz intended for, or had reason to expect, consumers to rely on these representations in deciding to invest real money on the Skillz platform.

257. Each of these representations was willfully false and materially misleading.

258. Skillz insiders conceded that the Company's ability to measure players' skill is not as promised, so "ensuring" that every match is between "equal" or "even" players is pure fiction. In fact, Skillz intentionally created mismatches by pairing opponents of very different skill levels against each other.

259. The Skillz Platform allows bots. Skillz's documentation for developers who publish games on its Platform contemplates bots, including in cash games. Skillz also includes bot

opponents in non-cash-entry "Z" games, which it recognizes as a gateway to cash competitions.

260. Skillz's intentionally false representations deceived Plaintiff Garza and the Texas Subclass in violation of DTPA § 17.46(b)(5), (7), (9), and (24).

261. By making these false and materially misleading representations to Plaintiff Garza and the Texas Subclass, Skillz caused them to participate in cash competitions on its platform, which they would not have played Skillz-platform games absent Skillz's misrepresentations.

262. Plaintiff Garza saw, read and relied on the "Committed to Fair Play" badge including the words "Match with real players of equal skill" and "Compete for real, not bots guaranteed!" Reading the badge influenced his decision to deposit money and participate in cash competitions because he understood it to mean that Skillz was committed to offering fair, skill-based games against real players. He would not have deposited his own money or participated in cash competitions with it if he knew that Skillz's representations were false.

263. Plaintiff Garza played cash games on the Skillz platform with the understanding and expectation that the games were fair, as Skillz's platform and games had represented across multiple public mediums.

264. Plaintiff Garza and the Texas Subclass have collectively lost millions of dollars playing Skillz's cash games because they were matched against players of unequal skill or bot-related gameplay

265. Pursuant to Tex. Bus. & Com. Code Ann. § 17.505(a), on April 28, 2026, and more than 60 days before the filing of this Second Amended Complaint, Plaintiff Garza, through the undersigned counsel, sent written notice to Skillz via certified mail return receipt requested. Skillz received the notice on or about May 14, 2026. A true and correct copy of the notice letter and proof of delivery is attached hereto as Exhibit C.

266. As a direct and proximate result of Skillz's deceptive trade practices, Plaintiff Garza and the Texas Subclass have suffered economic damages in an amount to be determined at trial.

**EIGHTH CAUSE OF ACTION**
**Negligent Misrepresentation (Giovanni Garza and the Texas Subclass)**

267. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

268. Skillz has specialized knowledge and expertise about the gaming industry upon which Plaintiff Garza and the Texas Subclass relied

269. Skillz made false and materially misleading representations of existing fact to Plaintiff Garza and the Texas Subclass in its ads, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; and (ii) there are "never" bots on its platform.

270. These false representations were made in the course of Skillz's business to guide consumers in Texas and other states towards participating in gaming transactions on its platform.

271. Skillz knew these representations were false and material to consumers but made them anyway. At minimum, Skillz did not exercise reasonable care in making such representations.

272. Plaintiff Garza and other Texas Subclass members justifiably relied on Skillz's false or materially misleading representations in deciding to play the games on its platform. They would not have participated in cash games on Skillz's platform if not for these representations.

273. As a direct and proximate result of Skillz's negligent misrepresentations, Plaintiff Garza and the Texas Subclass were damaged and have suffered a pecuniary loss in an amount to be determined at trial.

**NINTH CAUSE OF ACTION**
**Unjust Enrichment (Giovanni Garza and the Texas Subclass),**
**Pled in the Alternative**

274. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

275. Plaintiff Garza and the Texas Subclass bring this claim in the alternative to the extent that any agreement, contract, or terms of service between them and Skillz is found to be unenforceable, void, voidable, or otherwise inapplicable to the claims set forth herein. To the extent

any such agreement is found to govern the subject matter of this dispute, Plaintiff Garza and the Texas Subclass reserve all rights and claims arising thereunder.

276. Skillz has been unjustly enriched at Plaintiff Garza's and the Texas Subclass's expense as a result of its unlawful and unfair retention of money conferred by them. Skillz's retention of their money — obtained through the deceptive representations and practices described herein — would be inequitable and unconscionable.

277. Skillz's unlawful and wrongful acts, including inducing Plaintiff Garza and the Texas Subclass to deposit money on the Skillz platform, and to participate in cash competitions through material misrepresentations, enabled it to receive and retain monies it would not have otherwise obtained.

278. Plaintiff Garza and the Texas Subclass conferred monetary benefits on Skillz, which it knowingly accepted and retained with full knowledge that its representations regarding fair play and the absence of bots were false.

279. Permitting Skillz to retain the benefits conferred by Plaintiff Garza and the Texas Subclass would be contrary to fundamental principles of justice, equity, and good conscience, given that such benefits were procured through Skillz's deceptive and misleading conduct.

280. Plaintiff Garza and the Texas Subclass seek restitution from Skillz and an order of this Court disgorging all profits, benefits, and other compensation obtained by Skillz from its wrongful conduct, in an amount to be determined at trial.

281. Plaintiff Garza and the Texas Subclass lack an adequate remedy at law for the reasons outlined above.

**TENTH CAUSE OF ACTION**
**Deceptive Acts and Practices (Amy Masiker and the New York Subclass)**
**N.Y. Gen. Bus. Law § 349**

282. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

283. New York's Deceptive Acts and Practices Act prohibits "[d]eceptive, or abusive acts

or practices in the conduct of any business, trade or commerce or in the furnishing of any service." N.Y. Gen. Bus. Law § 349.

284. Skillz engaged in deceptive acts and practices in New York by falsely and repeatedly promising Plaintiff Masiker and the New York Subclass in its ads, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; and (ii) there are "never" bots on its platform.

285. These material misrepresentations were part of a long-standing advertising campaign and were systematic, uniform, and algorithmically-enforced every time a player launched a game on the Skillz platform, when they were greeted by a "Committed to Fair Play" badge bearing the assurance: "Match with real players of equal skill. Win real cash prizes with easy withdrawals. Compete for real, no bots guaranteed!" This badge was not occasional; it was structurally embedded into the load screen of every Skillz-powered application, ensuring that each and every member of the general public received the same representations each time they played. Every consumer was exposed to these and/or other similar fair play representations. Skillz intended for, or had reason to expect, consumers to rely on these representations in deciding to invest real money on its platform.

286. Each of these guarantees and representations was willfully false and misleading in a material way to a reasonable consumer.

287. Skillz insiders conceded that the company's ability to measure players' skill is not as promised, so "ensuring" that every match is between "equal" or "even" players is pure fiction. In fact, Skillz intentionally created mismatches by pairing opponents of very different skill levels against each other.

288. The Skillz Platform includes bots. Skillz's documentation for developers who publish games on its Platform contemplates bots, including in cash games. Skillz also includes bot opponents in non-cash-entry "Z" games, which it recognizes as a gateway to cash competitions.

289. Skillz's unfair and deceptive acts deceived Plaintiff Masiker, the other New York Subclass members, and the general public.

290. By making these false and materially misleading representations to Plaintiff Masiker

and the other New York Subclass members, Skillz has caused them to participate in cash competitions on its platform, which they would not have otherwise played such games.

291. Plaintiff Masiker saw, read and relied on the "Committed to Fair Play" badge including the words "Match with real players of equal skill" and "Compete for real, no bots guaranteed!" She also saw and read other Skillz representations including the pop-up statement that appeared when she first began playing that stated, in substance, that players are matched with other players of similar skill level.

292. Reading the badge and other representations caused her to play Skillz-powered games and continue depositing money and participating in cash competitions because she believed that the games would be fair and equally matched and that she would be able to win based on her skill. She would not have deposited money or participated in cash competitions with it if she knew that Skillz's representations were false.

293. Plaintiff Masiker played cash games on the Skillz platform with the understanding and expectation that the games were fair, as Skillz's platform and games represented across multiple public mediums.

294. Plaintiff Masiker and the other New York Subclass members collectively have lost millions of dollars playing Skillz's cash games because they were matched against players of unequal skill or bot-related gameplay.

295. As a direct and proximate result of Skillz's unfair and deceptive acts and practices, Plaintiff Masiker and the other New York Subclass members have suffered damages and pecuniary losses in an amount to be determined at trial. They are specifically entitled to statutory treble damages under § 349(h).

**ELEVENTH CAUSE OF ACTION**
**False Advertising Act (Amy Masiker and the New York Subclass)**
**N.Y. Gen. Bus. Law § 350**

296. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

297. New York's False Advertising Act prohibits "[f]alse advertising in the conduct of any business, trade or commerce or in the furnishing of any service[.]" N.Y. Gen. Bus. Law § 350; *see also* § 350-a.

298. Skillz engaged in false advertising in New York by falsely and repeatedly promising Plaintiff Masiker and the New York Subclass in its ads, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; and (ii) there are "never" bots on its platform.

299. These material misrepresentations were part of a long-standing advertising campaign. They were systematic, uniform, and algorithmically-enforced every time a player launched a game on the Skillz platform, when they were greeted by a "Committed to Fair Play" badge bearing the assurance: "Match with real players of equal skill. Win real cash prizes with easy withdrawals. Compete for real, no bots guaranteed!" This badge was not occasional; it was structurally embedded into the load screen of every Skillz-powered application, ensuring that each and every member of the general public received the same representations each time they played. Every consumer was exposed to these and/or other similar fair play representations. Skillz intended for, or had reason to expect, consumers to rely on these representations in deciding to invest real money on its platform.

300. This advertising campaign was the type to mislead reasonable consumers, and did mislead Plaintiff Masiker and the other New York Subclass members into participating in cash competitions on its platform.

301. Plaintiff Masiker and the other New York Subclass members collectively have lost millions of dollars playing Skillz's cash games because they were matched against players of unequal skill or bot-related gameplay.

302. As a direct and proximate result of Skillz's false advertising, Plaintiff Masiker and the other New York Subclass members have suffered damages and pecuniary losses in an amount to be determined at trial. They are specifically entitled to treble damages under § 350-e(3).

**TWELFTH CAUSE OF ACTION**
**Negligent Misrepresentation (Amy Masiker and the New York Subclass)**

303. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein

304. Skillz had a duty to communicate accurate information to Plaintiff Masiker and the New York Subclass when it was inducing them to deposit and wager real money on its platform versus a competitor platform.

305. Yet Skillz made false and misleading representations of existing fact to Plaintiff Masiker and the New York Subclass in its ads, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; and (ii) there are "never" bots on its platform.

306. Skillz knew or should have known that these representations were false and that Plaintiff Masiker and the New York Subclass were likely to rely on them because of Skillz's position of authority in the gaming industry.

307. Skillz made these misrepresentations anyway, despite knowing that they were material and that it was important to consumers that the games were "fair."

308. Plaintiff Masiker and the New York Subclass read and reasonably relied on Skillz's false representations in deciding to play the games on Skillz's platform. Plaintiff Masiker and the New York Subclass would not have participated in cash games on Skillz's platform if not for these representations.

309. As a direct and proximate result of Skillz's negligent misrepresentations, Plaintiff Masiker and the New York Subclass were damaged and have suffered a pecuniary loss in an amount to be determined at trial.

**THIRTEENTH CAUSE OF ACTION**
**Unjust Enrichment (Amy Masiker and the New York Subclass),**
**Pled in the Alternative**

310. The allegations contained in Paragraphs 1 through 173 are hereby incorporated by reference as if fully set forth herein.

311. Plaintiff Masiker and the New York Subclass bring this claim in the alternative to the extent that any agreement, contract, or terms of service between them and Skillz is found to be unenforceable, void, voidable, or otherwise inapplicable to the claims set forth herein. To the extent any such agreement is found to govern the subject matter of this dispute, Plaintiff Masiker and the New York Subclass reserve all rights and claims arising thereunder.

312. Skillz has been unjustly enriched at Plaintiff Masiker's and the New York Subclass's expense as a result of its unlawful and unfair retention of money conferred by them, such that Skillz's retention of their money would be inequitable.

313. Skillz's unlawful and wrongful acts, including inducing Plaintiff Masiker and the New York Subclass to deposit money on Skillz's platform, enabling Skillz to unlawfully receive monies it would not have otherwise obtained.

314. Plaintiff Masiker and the New York Subclass have conferred benefits on Skillz, which Skillz has knowingly accepted and retained.

315. Skillz's retention of the benefits conferred by Plaintiff Masiker and the New York Subclass would be against fundamental principles of justice, equity, and good conscience.

316. Plaintiff Masiker and the New York Subclass seek restitution from Skillz and seek an order of this Court disgorging all profits, benefits, and other compensation obtained by Skillz from its wrongful conduct.

317. Plaintiff Masiker and the New York Subclass lack an adequate remedy at law for the reasons outlined above.

## PRAYER FOR RELIEF

318. On behalf of themselves and the Class and Subclasses, Plaintiffs request the following relief:

(a) That the Court determines that this action may be maintained as a class action under Fed. R. Civ. P. 23(a), (b)(2) and (b)(3), that the proposed Class and Subclasses be certified, that Plaintiffs be named as Class Representatives of the Class and their respective Subclasses, that the

undersigned be named as Lead Class Counsel of the Class and Subclasses, and directs that notice of this action be given to Class and Subclass members;

(b) That the Court enter an order declaring that Skillz's actions, as set forth in this Complaint, violate the federal and state laws set forth above and enjoining Skillz from such acts;

(c) That the Court award Plaintiffs and the Class compensatory and economic damages in an amount to be determined at trial;

(d) That the Court award Plaintiffs and the Class and Subclasses statutory, treble, and punitive damages in an amount to be determined at trial;

(e) That the Court issue appropriate equitable and other relief against Skillz to which Plaintiffs and the Class and Subclasses are entitled, including restitution of the money that was lost by Plaintiffs and the Class and Subclasses;

(f) That the Court award Plaintiffs and the Class and Subclasses pre- and post-judgment interest (including pursuant to statutory rates of interest set under state law);

(g) That the Court award Plaintiffs and the Class and Subclasses their reasonable attorneys' fees and costs of suit;

(h) That the Court issue a public injunction in accordance with the *McGill* Rule (*McGill v. Citibank, N.A.*, 2 Cal. 5th 945 (2017)), requiring Skillz to immediately cease such wrongful acts and practices; and

(i) That the Court award such other relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs respectfully demand a trial by jury for all claims so triable in this lawsuit.

Dated: August 21, 2026

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo (SBN 249860)
2108 N Street, #15185
Sacramento, CA 95816
T: (646) 494-2900
Email: ingo@fnf.law

Velvel Freedman *(pro hac vice)*
Colleen Smeryage *(pro hac vice)*
Mendel Konikov *(pro hac vice)*
1815 Purdy Ave.
Miami Beach, FL 33139
(786) 924-2900

Email: vel@fnf.law
csmeryage@fnf.law
mkonikov@fnf.law

*Attorneys for Plaintiffs and the Proposed Class and Subclasses*