# EXHIBIT C

FREEDMAN NORMAND FRIEDLAND

April 28, 2026

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Skillz Platform Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Michael Lombardo, Esq.
King & Spalding LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606

Re: Notice of Texas Deceptive Trade Practices Act Claims - Giovanni Garza
(*Mitchell et al. v. Skillz Platform Inc.*, Case No. 3:26-cv-00674-AMO (N.D. Cal.))

Dear Sir/Madam:

This letter constitutes written notice pursuant to Section 17.505 of the Texas Deceptive Trade Practices–Consumer Protection Act, Tex. Bus. & Com. Code Ann. § 17.505 ("DTPA"), on behalf of Giovanni Garza ("Garza"), a resident of San Antonio, Texas, and the putative Texas Subclass[1] in the above-referenced action.

Skillz Platform Inc. ("Skillz") operates a mobile gaming platform that hosts head-to-head cash competitions in games developed by third-party developers. To participate in cash games on its platform, consumers, including Garza, are required to deposit real money and compete against purported human opponents for cash prizes.

Skillz has trafficked in three categories of false and misleading messages designed to induce consumers to play games hosted on the Skillz platform. Skillz ensured, promised, and guaranteed in its advertisements, website and social media, and within its game applications, that (i) players are always evenly matched against equally skilled opponents; (ii) its platform will "NEVER EVER" include computerized opponents, or "bots;" and (iii) players can withdraw their cash "at any time."

Beginning in or around mid-2024, Garza began playing the Dominoes Gold game on the Skillz platform, participating in cash competitions. He was induced to participate and to deposit real money based on Skillz's false representations. He participated in cash matches and lost

[1] The Texas Subclass is "All persons who are or were residents of Texas from January 21, 2024 through the present who participated in cash competitions on the Skillz platform and suffered damages as a result."

approximately $25.00 as a direct and proximate result of Skillz's false and deceptive representations and conduct, including being matched against opponents in a manner inconsistent with Skillz's promises of fair, skill-based, and bot-free competition.

These acts constitute false, misleading, and deceptive acts and practices in violation of Tex. Bus. & Com. Code Ann. § 17.46(b)(5), (7), (9), and (24) as alleged in the pending action. *See Mitchell et al. v. Skillz Platform Inc.*, Case No. 3:26-cv-00674-AMO (N.D. Cal.), Dkt. 22.

Pursuant to § 17.505, Garza provides the following good-faith estimate of damages at this time:

| Category | Amount |
|---|---|
| **Economic damages** (cash deposited and lost in cash competitions due to Skillz's deceptive conduct) | $25.00 |
| **Treble damages** (for knowing/intentional violations under DTPA § 17.50(b)(1)) | Up to three times economic damages |
| **Attorneys' fees and costs** reasonably incurred (ongoing; to be supplemented) | To be determined |

Although counsel is still calculating damages, counsel estimates that the Texas Subclass collectively lost millions of dollars. Garza expressly reserves the right to supplement and update these figures as the litigation proceeds and additional information becomes available through discovery.

Garza and the putative Texas Subclass demand that that Skillz take the following corrective actions within thirty (30) days of receipt of this notice:

1. Cease all false and misleading representations
2. Provide full restitution and damages to Garza and all other members of the Texas Subclass who have lost money as a result of the above deceptive practices
3. Remove or amend the unconscionable Change-in-Terms provision from Skillz's User Terms so that any changes to the arbitration clause or class action waiver require advance notice and affirmative consumer consent; and
4. Cease operating the platform in a manner that violates Tex. Bus. & Com. Code Ann. § 17.46 as described above

Nothing in this notice shall be construed as a waiver of any claims, rights, or remedies available to Garza or the members of the putative Texas Subclass under applicable law. This notice is provided in connection with, and does not limit, any claims asserted in the above-referenced pending litigation.

Sincerely,

Freedman Normand Friedland LLP

*/s/ Ivy Ngo*

Ivy Ngo, Esq.
*Counsel for Garza Giovanni Garza*
*And the putative Class and Subclasses*

Cc: Velvel (Devin) Freedman, Esq.
Colleen Smeryage, Esq.
Mendel Konikov, Esq.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Skillz Platform, Inc.
Corporation Service Company.
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 2198 6193 2992 10

2. Article Number *(Transfer from service label)*

9589 0710 5270 3713 6243 86

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Ryan MacArthur
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
...ail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

WILMINGTON DE 197
15 MAY 2026PM 1 L

9590 9402 2198 6193 2992 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Freedman Normand Friedland, LLP
1815 Purdy Avenue
Miami Beach, FL 33139

Tracking Number:

# 9589071052703713624386

Copy Add to Informed Delivery

Remove ✕

## Latest Update

Your item was picked up at the post office at 10:09 am on May 14, 2026 in WILMINGTON, DE 19808.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WILMINGTON, DE 19808
May 14, 2026, 10:09 am

**Available for Pickup**

MARSHALLTON
3434 OLD CAPITOL TRL
WILMINGTON DE 19808-9998
M-F 0800-1700; SAT 0900-1500
May 14, 2026, 9:36 am

**Arrived at Post Office**

WILMINGTON, DE 19808
May 14, 2026, 9:21 am

**Out for Delivery**

WILMINGTON, DE 19808
May 14, 2026, 8:08 am

**In Transit to Next Facility**

May 13, 2026

**Arrived at USPS Regional Facility**

HARRISBURG PA DISTRIBUTION CENTER
May 9, 2026, 8:18 am

**Arrived at USPS Regional Origin Facility**

MIAMI FL DISTRIBUTION CENTER
April 28, 2026, 10:11 pm

**Departed Post Office**

MIAMI BEACH, FL 33139
April 28, 2026, 6:23 pm

**USPS in possession of item**

MIAMI BEACH, FL 33139
April 28, 2026, 12:02 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**